Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 25−16446−VFP
Chapter: 13
Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Eileen Cruz
   140 W. Greenbrook Rd.
   Caldwell, NJ 07006

Social Security No.:
   xxx−xx−4519

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 8/7/25 at 10:00 AM

to consider and act upon the following:

*19* − Application For Retention of Professional Cohn Lifland Pearlman Herrmann & Knopf LLP as Attorneys Filed by Mercedes Diego on behalf of Eileen Cruz. Objection deadline is 7/17/2025. (Attachments: # 1 Certification # 2 Proposed Order # 3 Certificate of Service) (Diego, Mercedes)

*21* − Objection to Application For Retention of Professional (related document:19 Application For Retention of Professional Cohn Lifland Pearlman Herrmann & Knopf LLP as Attorneys Filed by Mercedes Diego on behalf of Eileen Cruz. Objection deadline is 7/17/2025. (Attachments: # 1 Certification # 2 Proposed Order # 3 Certificate of Service) filed by Debtor Eileen Cruz) filed by Marie−Ann Greenberg on behalf of Marie−Ann Greenberg. (Attachments: # 1 Certificate of Service Attached) (Greenberg, Marie−Ann)

Dated: 7/14/25

Jeanne Naughton
Clerk, U.S. Bankruptcy Court