UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

COHN LIFLAND PEARLMAN
HERRMANN & KNOPF LLP
Attorneys for Debtor
Park 80 West - Plaza One
250 Pehle Ave., Suite 401
Saddle Brook, NJ 07663
(201)845-9600

In Re:

EILEEN CRUZ,

         Debtor.

Case No.:   25-16446

Chapter:   13

Hearing Date:   _____

Judge:   Vincent F. Papalia

**STATUS CHANGE FORM**

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☐ Settled        ☒ Withdrawn

Matter:   Debtor's Application of Retention of Cohn Lifland Pearlman Herrmann & Knopf LLP.

Debtor's counsel will amend their Disclosure of Chapter 13 Attorney Compensation to show that counsel will be paid hourly.

Date:  July 15, 2025

/s/Mercedes Diego
Signature

*rev.8/1/15*