UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

COHN LIFLAND PEARLMAN
  HERRMANN & KNOPF LLP
Attorneys for Debtor
Park 80 West, Plaza One
250 Pehle Avenue, Suite 401
Saddle Brook, NJ 07663
201/845.9600
md@njlawfirm.com
Our File: 41,845-0

Order Filed on July 23, 2025
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:
EILEEN CRUZ

Case No.:  25-16446
Chapter:   Vincent F. Papalia
Judge:     13

## ORDER AUTHORIZING RETENTION OF

Michael Klein, Liberty Realty LLC

The relief set forth on the following page is **ORDERED**.

**DATED: July 23, 2025**

**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

Upon the applicant's request for authorization to retain __Michael Klein, Liberty Realty, LLC__ as __realtor for debtor__, it is hereby ORDERED:

1. The applicant is authorized to retain the above party in the professional capacity noted. The professional's address is:  Liberty Realty, LLC
   One Marine View Plaza
   Hoboken, NJ 07030

2. Compensation will be paid in such amounts as may be allowed by the Court on proper application(s).

3. If the professional requested a waiver as noted below, it is ☐ Granted ☐ Denied.

   ☐ Waiver, under D.N.J. LBR 2014-2(b), of the requirements of D.N.J. LBR 2016-1.

   ☐ Waiver, under D.N.J. LBR 2014-3, of the requirements of D.N.J. LBR 2016-1 in a chapter 13 case. Payment to the professional may only be made after satisfactory completion of services.

4. The effective date of retention is the date the application was filed with the Court.

*rev.8/1/15*

2