| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT <br> DISTRICT OF NEW JERSEY | |
| In Re: <br> COHN LIFLAND PEARLMAN <br> HERRMANN & KNOP LLP <br> Attorneys for Debtor <br> Park 80 West - Plaza One <br> 250 Pehle Ave., Suite 401 <br> Saddle Brook, NJ 07663 <br> (201)845-9600 | Case No.: 25-16446 <br><br> Adversary No.: _____ <br><br> Chapter: 13 <br><br> Judge: Vincent F. Papalia |

# CHANGE OF ADDRESS

Under D. N.J. LBR 2002-1(b) this form must be used by a party to change its address during a case or proceeding.  **NOTE:** A separate form must be filed in each main case and adversary proceeding where the address of the party needs to be updated.  A debtor who wishes to change the address of a creditor previously included on their Schedules may also use this form.

Party's name/type:   Navient
(Example: John Smith, creditor)

        Old address:   Attn: Bankruptcy
                                   PO Box 9635
                                   Wilkes Barre, PA 18773

        New address:   Advantage - Federal Student Loan Aid Servicing
                                   PO Box 300001
                                   Greenville, TX 75403-3001

        New phone no.: _____
        (if debtor is filing and their phone number has changed).

❑ Check here if you are a debtor or a joint debtor and you receive court orders and notices by email through the Debtor Electronic Bankruptcy Noticing program (DeBN) rather than by U.S. mail to your mailing address. Please provide your DeBN account number below (DeBN account numbers can be located in the subject title of all emailed court orders and notices).

   Debtor's DeBN account number: _____

   Joint debtor's DeBN account number: _____

I hereby certify under penalty of perjury that the above information is true. If a debtor, I understand that it is my responsibility to notify the Trustee and any affected party of my change of address.

Date: July 29, 2025                                /s/Mercedes Diego
                                                                    Signature

*rev.1/27/2025*