UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Michael S. Ackerman, Esq. (011191976)
Law Offices of Michael S. Ackerman
2001 Route 46 Suite 310
Waterview Plaza
Parsippany, NJ 07054
973-829-0115 (O)
973-464-7063 (M)

*Attorneys for Secured Creditor Tarun Mehta*

In Re:
Eileen Cruz

Case No.: 25-16446-VFP
Chapter: 13
Judge: Vincent F. Papalia

# NOTICE OF APPEARANCE

Please take notice that in accordance with Fed. R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of _____Tarun Mehta_____. Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

ADDRESS:   Law Offices of Michael S. Ackerman
2001 Route 46 Suite 310
Waterview Plaza
Parsippany, NJ 07054
mackerman@msalegalservices.com

DOCUMENTS:

☒ All notices entered pursuant to Fed. R. Bankr. P. 2002.

☒ All documents and pleadings of any nature.

Date: 8/5/2025

/s/ Michael S. Ackerman
Signature

*new.8/1/15*