**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Law Offices of Michael S. Ackerman, LLC
2001 Route 46 Suite 310
Waterview Plaza
Parsippany, NJ 07054
973-829-0115 (O)
973-464-7063 (M)
Michael S. Ackerman, Esq. (011191976)

*Attorneys for Secured Creditor Tarun Mehta*

| | |
|---|---|
| In re:<br><br>EILEEN CRUZ,<br><br>Debtor. | Chapter 13<br><br>Case No. 25-16446-VFP<br><br>Hon. Vincent F. Papalia |

## NOTICE OF OBJECTION TO PLAN

The within Secured Creditor, Tarun Mehta, the second mortgagee on the Debtor's residence at 140 W Greenbrook Rd., Caldwell New Jersey 07006 ("Premises"), hereby objects to the Chapter 13 Plan in that the Plan calls for the sale of the Premises on or before October 1, 2025.

The grounds for the Secured Creditor's objection are:

1.   The Debtor's Plan is not feasible and is in violation of 11 USC 1325 (a)(6).

2.   The Plan does not call for the payment in full of the Secured Creditor's claim.

Dated: August 8, 2025                         Law Offices of Michael S. Ackerman, LLC

                                                               /s/ Michael S. Ackerman
                                                               Michael S. Ackerman