UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

Attorney Pro se for Secured Creditor 103
Fabyan PL LLC
831 Bedford Ave, Suite 87, Brooklyn, New York, 11205

Tel 917-751-3185

Attorney Pro se for Secured Creditor 103
Fabyan PL LLC

U.S. BANKRUPTCY COURT
FILED
NEWARK, NJ
2025 AUG 28 P 1:37
JEANNE A. NAUGHTON
BY: _____
DEPUTY CLERK

In re:

EILEEN CRUZ,

              Debtor.

Chapter 13

Case No. 25-16446-VFP

Hon. Vincent F. Papalia

## NOTICE OF OBJECTION TO PLAN

The Secured Creditor, 103 Fabyan Pl LLC, holder of a mortgage on Debtor's properties at 140 W. Greenbrook Road, North Caldwell and 52 Greenbrook Road, Fairfield, objects to the Debtor's proposed Chapter 13 Plan.

The grounds for this objection are:

1. The Debtor's Plan is not feasible and is in violation of 11 U.S.C. §1325(a)(6).

2. The Plan does not call for the payment in full of the Secured Creditor's claim.

3. The Debtor valued the properties at $860,000 in the bankruptcy schedules, but the property is now listed for only $750,000. Market estimates show the value is higher than this listing, so the collateral is undervalued.

4. The listing for 140 W. Greenbrook Road also states that it "comes together" with 52 Greenbrook Road. This improperly ties both parcels together and dilutes Secured Creditor's separate mortgage interest in 52 Greenbrook Road.

Attorney pro se secured creditor 103 Fabyan PL LLC

Dated: 08/27/2025          By _____

Yoel Blum, Managing Member