Form 226 – 3004claimntc.jsp

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

---

Case No.: 25−16446−VFP
Chapter: 13
Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Eileen Cruz
140 W. Greenbrook Rd.
Caldwell, NJ 07006

Social Security No.:
xxx−xx−4519

Employer's Tax I.D. No.:

---

### Notice of Filing of Proof of Claim Pursuant to Fed.R.Bank.P. 3004

Please be advised that Mercedes Diego, Counsel to the Debtor in the above captioned case filed a proof of claim on behalf of the following creditor(s) on September 25, 2025.

New Direction IRA, Inc.
1070 W. Century Dr.
Louisville, CA 80027


Dated: September 26, 2025
JAN: rah

Jeanne Naughton
Clerk