**UNITED STATES BANKRUPTCY**
**COURT DISTRICT OF NEW JERSEY**

Caption in Compliance with D.N.J. LBR 9004-1(b)

**SHERMAN, SILVERSTEIN,**
**KOHL, ROSE & PODOLSKY, P.A.**

Ross J. Switkes

308 Harper Drive, Suite 200

Moorestown, NJ 08057

Tel: (856) 662-0700

Email: rswitkes@shermansilverstein.com

*Counsel to LX Financial, LLC*

Order Filed on October 2, 2025
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In re:

EILEEN CRUZ,

     Debtor.

Case No. 25-16446 (VFP)

Chapter 13

Honorable Vincent F. Papalia, U.S.B.J.

## ORDER REDACTING PROOF OF CLAIM NO. 30-1

    The relief set forth on the following page is **ORDERED**.

**DATED: October 2, 2025**

_____

**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

4163994.1

(Page 2)
Debtor:          Eileen Cruz
Case No.         25-16446 (VFP)
Caption:         Order Redacting Proof of Claim No. 30-1

---

**THIS MATTER** having been brought by the Court by LX Financial, LLC

("LX Financial"), by and through its undersigned counsel, upon the filing of a motion requesting

redaction of Proof of Claim No. 30-1 filed on behalf of LX Financial (the "Motion"); and the Court

having considered the pleadings filed in support of the Motion and opposition thereto, if any, and

oral argument, if any; and the Motion have been duly served and no further or additional notice

being required; and the Court finding good cause for the entry of the within Order;

**IT IS HEREBY ORDERED** as follows:

1.      The Motion is Granted.

2.      The Clerk of Court be and hereby is directed to redact Proof of Claim No. 30-1 and

prevent the public from viewing and/or otherwise accessing Proof of Claim No. 30-1.

3.      The applicant must serve this order on all affected parties not later than 3 days
after its entry.

2

4163994.1