**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**Caption in Compliance with D.N.J. LBR 9004-1(b)**
**SHERMAN, SILVERSTEIN,**
**KOHL, ROSE & PODOLSKY, P.A.**
Ross J. Switkes
308 Harper Drive, Suite 200
Moorestown, NJ 08057
Tel: (856) 662-0700
Email: rswitkes@shermansilverstein.com

*Counsel to LX Financial, LLC*

| | |
|---|---|
| In re: | Case No. 25-16446 (VFP) |
| EILEEN CRUZ, | Chapter 11 |
| Debtor. | Honorable Vincent F. Papalia, U.S.B.J. |

## CERTIFICATION OF SERVICE

1.      I, Jacqueline Baugh:

☐  represent LX Financial, LLC, in the above-captioned matter.

☒ am the paralegal for Ross J. Switkes, Esq., who represents LX Financial, LLC in the above captioned matter.

☐ am the _____ in the above case and am representing myself.

2.      On October 3, 2025, I caused the following pleadings and/or documents to be served on the parties listed in the chart below:

- Order Redacting Proof of Claim No. 30-1 (Doc No. 42)

I hereby certify under penalty of perjury that I caused the above documents to be sent using the mode of service indicated.

Dated: October 3, 2025                    */s/ Jacqueline Baugh*
                                          Signature

4164596.1

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Eileen Cruz<br>140 W. Greenbrook Rd.<br>Caldwell, NJ 07006 | Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other |
| Mercedes Diego, Esq.<br>Cohn, Lifland, Pearlman, Herrmann & Knopf, LLP<br>250 Pehle Avenue, Suite 401<br>Saddle Brook, NJ 07663 | Debtor's Counsel | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other |
| Office of the U.S. Trustee<br>United States Department of Justice<br>Office of the United States Trustee<br>One Newark Center, Suite 2100<br>Newark, NJ 07102 | U,S. Trustee | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other |
| Marie-Ann Greenberg, Esq.<br>30 Two Bridges Rd., Suite 330<br>Fairfield, NJ 07004-1550 | Chapter 13 Trustee | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other |
| Denise Carlon Esq.<br>KML Law Group, P.C.<br>701 Market Street, Suite 5000<br>Philadelphia, PA 19106 | Counsel to MidFirst Bank. (Notice of Appearance Party) | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other |
| Michael S. Ackerman, Esq.<br>Law Offices of Michael S. Ackerman<br>2001 Route 46, Suite 310<br>Waterview Plaza<br>Parsippany, NJ 07054 | Counsel to Tarun Mehta (Notice of Appearance Party) | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other |

4164596.1