| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY**<br><br>Caption in Compliance with D.N.J. LBR 9004-1(b)<br>**SHERMAN, SILVERSTEIN,**<br>**KOHL, ROSE & PODOLSKY, P.A.**<br>Ross J. Switkes<br>308 Harper Drive, Suite 200<br>Moorestown, NJ 08057<br>Tel: (856) 662-0700<br>Email: rswitkes@shermansilverstein.com<br><br>*Counsel to LX Financial, LLC* | Order Filed on October 2, 2025<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In re:<br><br>EILEEN CRUZ,<br><br>    Debtor. | Case No. 25-16446 (VFP)<br><br>Chapter 13<br><br>Honorable Vincent F. Papalia, U.S.B.J. |

## ORDER REDACTING PROOF OF CLAIM NO. 30-1

The relief set forth on the following page is **ORDERED**.

**DATED: October 2, 2025**

                                                                           **Honorable Vincent F. Papalia**
                                                                           **United States Bankruptcy Judge**

4163994.1

(Page 2)
Debtor:        Eileen Cruz
Case No.       25-16446 (VFP)
Caption:       Order Redacting Proof of Claim No. 30-1

---

**THIS MATTER** having been brought by the Court by LX Financial, LLC ("LX Financial"), by and through its undersigned counsel, upon the filing of a motion requesting redaction of Proof of Claim No. 30-1 filed on behalf of LX Financial (the "Motion"); and the Court having considered the pleadings filed in support of the Motion and opposition thereto, if any, and oral argument, if any; and the Motion have been duly served and no further or additional notice being required; and the Court finding good cause for the entry of the within Order;

**IT IS HEREBY ORDERED** as follows:

1. The Motion is Granted.

2. The Clerk of Court be and hereby is directed to redact Proof of Claim No. 30-1 and prevent the public from viewing and/or otherwise accessing Proof of Claim No. 30-1.

3. The applicant must serve this order on all affected parties not later than 3 days after its entry.

4163994.1

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 25-16446-VFP |
| Eileen Cruz | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Oct 03, 2025 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 05, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Eileen Cruz, 140 W. Greenbrook Rd., Caldwell, NJ 07006-4731 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 05, 2025    Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 3, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor MIDFIRST BANK dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Matthew K. Fissel | on behalf of Creditor MIDFIRST BANK bkgroup@kmllawgroup.com matthew.fissel@brockandscott.com |
| Mercedes Diego | on behalf of Debtor Eileen Cruz md@njlawfirm.com jwh@njlawfirm.com |
| Ross J. Switkes | on behalf of Creditor LX Financial LLC rswitkes@shermansilverstein.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

District/off: 0312-2        User: admin        Page 2 of 2
Date Rcvd: Oct 03, 2025        Form ID: pdf903        Total Noticed: 1
TOTAL: 6