---

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

COHN LIFLAND PEARLMAN
HERRMANN & KNOPF LLP
Attorneys for Debtor
Park 80 West-Plaza One
250 Pehle Avenue, Suite 401
Saddle Brook, New Jersey 07663
(201)845-9600
Our File: 40,716-1

Case No.: 25-16446
Chapter: 13

In Re:

EILEEN CRUZ,

Debtor.

Adv. No.: _____
Hearing Date: November 20, 2025
Judge: Vincent F. Papalia

## CERTIFICATION OF SERVICE

1. I, Barbara K. Blumberg :

   ☐ represent _____ in this matter.

   ☒ am the secretary/paralegal for Cohn Lifland Pearlman Herrmann & Knopf LLP, who represents Debtor in this matter.

   ☐ am the _____ in this case and am representing myself.

2. On October 17, 2025, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

   First Modified Chapter 13 Plan (filed on October 15, 2025;
   Notice of Hearing on Modified Plan (filed on October 16, 2025; and
   Notice of Chapter 13 Plan Transmittal (filed on October 17, 2025).

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: October 20, 2025                    /s/Barbara K. Blumberg
                                          Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Marie-Ann Greenberg<br>Chapter 13 Standing Trustee<br>30 Two Bridges Rd.<br>Suite 330<br>Fairfield, NJ 07004 | Chapter 13 Standing Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other __ECF__<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Eileen Cruz<br>140 W. Greenbrook Rd.<br>N. Caldwell, NJ 07006 | Debtor | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other __email__<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Michael S. Ackerman, Esq.<br>Waterview Plaza<br>2001 Route 46, Suite 310<br>Parsippany, NJ 07054 | Attorneys for Creditor Tarun Metha | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other __ECF__<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Registered Agents, Inc.<br>c/o New Direction IRA, Inc.<br>1500 N. Grant St., Ste R<br>Denver, CO 80203 | Secured Creditor | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other __Federal Express__<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| New Direction IRA, Inc.<br>1070 W. Century Dr.<br>Louisville, CO 80027<br>Attn: President, Officer, Managing or General Agent | Secured Creditor | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other __Federal Express__<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| U.S. Dept. of Housing<br>And Urban Development<br>26 Federal Plaza, Suite 3541<br>New York, NY 10278 | Secured Creditor | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other __Federal Express__<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| U.S Dept. of Housing<br>And Urban Development<br>ISN Corporation<br>2000 N. Classen Blvd, Suite 3200<br>Oklahoma City, OK 73106 | Secured Creditor | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other __Federal Express__<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| 103 Fabyan PL LLC<br>c/o Yoel Blum, Registered Agent<br>831 Bedford Ave., Suite 87<br>Brooklyn, NY 11205 | Secured Creditor | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other __Federal Express__<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

*rev.8/1/16*