

**Cohn Lifland**
Pearlman Herrmann & Knopf LLP

Park 80 West–Plaza One
250 Pehle Avenue
Suite 401
Saddle Brook, NJ 07663

(201) 845-9600 Main
(201) 845-9423 Fax

100+ YEARS    Attorneys at Law

Mercedes Diego, Esq.
md@njlawfirm.com

October 22, 2025

<u>VIA ECF</u>
Clerk of the Bankruptcy Court
District of New Jersey
50 Walnut Street
Newark, NJ 07102

   Re: Cruz Bankruptcy
   Case No. 25-16446
   Our File: 41,845-0

Dear Sir/Madam:

This firm represents debtor Eileen Cruz in connection with the filing of her Chapter 13 Bankruptcy. On October 21, 2025, debtor filed a Second Modified Plan. The confirmation hearing date was set by the Clerk for December 18, 2025. We are requesting that the confirmation date be rescheduled to November 20, 2025, as the Modified Plan was filed timely to be set for that date. In addition, we will be filing two motions which deal with modifications in mortgage lien claims as outlined in the Modified Plan which we will also be requesting a return date of November 20, 2025.

     Very truly yours,

     s/ Mercedes Diego

MD:bb     Mercedes Diego

Cc: Eileen Cruz – via Electronic Mail