UNITED STATES BANKRUPTCY COURT
<u>DISTRICT OF NEW JERSEY</u>
COHN LIFLAND PEARLMAN
 HERRMANN & KNOPF LLP
Attorneys for Debtor
Park 80 West-Plaza One
250 Pehle Avenue, Suite 401
Saddle Brook, New Jersey 07663
(201)845-9600
Our File: 41,845-0

In Re:

EILEEN CRUZ,

       Debtor.

Case No.: 25-16446 / VFP
Chapter 13
Judge: Vincent F. Papalia

---

**MEMORANDUM OF LAW IN SUPPORT OF DEBTOR'S MOTION TO LIMIT THE CLAIM OF NEW DIRECTION IRA, INC. TO PRINCIPAL ONLY**

---

## PRELIMINARY STATEMENT

Debtor Eileen Cruz ("Debtor") submits this Memorandum of Law in support of her application to limit the loan and mortgage of New Direction IRA, Inc. (the "New Direction Mortgage") which encumbers her residence at 140 West Greenbrook Road, North Caldwell and 52 Greenbrook Road, Fairfield, New Jersey (the "Residence"), to the principal amount of $35,000.

## JURISDICTION

This Court has jurisdiction over this Motion pursuant to 28 U.S.C. §§ 157 and 1334 and the Standing Order of Reference to the Bankruptcy Court Under Title 11 of the United States District Court for the District of New Jersey, entered on July 23, 1984, and amended on September 18, 2012. Venue is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409. This matter is a core proceeding pursuant to 28 U.S.C. § 157(b)(2).

The statutory predicates for the relief sought herein are section 105, 502, and 507 of the Bankruptcy Code, Bankruptcy Rule 3007, and Local Rule 3007-1.

## BACKGROUND

On June 18, 2025, Debtor filed her voluntary Petition for relief under Chapter 13 of the Bankruptcy Code. Doc. No. 1 ("Petition"). Debtors listed the Residence as her principal residence. See Petition, Form 101, Part 1, Sec. 5; Schedule A/B, Part 1, Sec. 1.1.

The Proofs of Claim filed in the case demonstrate that there are six mortgages on the Residence, set forth in the Certification of Mercedes Diego ("MD Cert."), filed herewith. MD Cert. ¶¶ 5 – 6.

The New Direction Mortgage secures a personal loan made to Debtor, Juan Cruz, Natalie Cruz and Tenares Investments LLC. New Direction was properly served with the bankruptcy

petition and failed to file a timely proof of claim. Debtor's counsel filed a proof of claim on behalf of New Direction, POC #38 on September 25, 2025.

According to the mortgage instrument the interest rate of the loan is 17%.

Debtors' Plan being filed simultaneously herewith includes a motion to limit the New Direction Mortgage lien on the Residence to principal only.

.

## ARGUMENT

**A.    New Direction IRA, Inc. Mortgage Should be Reduced to Principal Only**

The New Direction IRA, Inc. Mortgage ("New Direction Mortgage") is subject to NJSA §31:1-1 establishes a maximum interest rate of 16% for written contracts specifying a rate of interest. Loans in the amount of $50,000 or more are exempt from the 16% maximum except loans where the security given is a first lien on real property used for residential purposes. NJSA 31:1-1(e)(1).

Here, according to the mortgage which is attached to the proof of claim, the original loan amount was $35,000 and the interest rate being charged is 17%. Pursuant to NJSA §31:1-3 because the New Direction Mortgage violates NJSA §31:1-1, New Direction forfeits all interest and is only entitled to the principal in the amount of $35,000.

Our State's "policy against usury" requires a "sympathetic sweep" because our "usury laws exist to protect oppressed borrowers…" Ferdon v. Zarriello Bros., Inc., 87 N.J.Super 124, 133-134, 208 A.2d 186 (Law Div. 1965). "Under New Jersey law if a loan is usurious, the lender may nevertheless recover the principal of the loan, the amount or value actually lent, without interest or costs of the action." Id. at 128 (citing NJSA 31:1-3). See also Deutsch v.

Iedu Tech., 2022 N.J.Super. Unpub. LEXIS 2309 (2022), TC Capital Group v. Jadallah, 2021 N.J.Super. Unpub. LEXIS 1339 (2021).

## CONCLUSION

For the foregoing reasons, Debtors' application to limit the mortgage and loan of New Direction IRA, Inc. to principal only should be granted.

                          COHN LIFLAND PEARLMAN
                           HERRMANN & KNOPF LLP
                          Attorneys for Debtor

                        By:   /s/Mercedes Diego
                            Mercedes Diego
                            A Partner of the Firm

DATED:  October 22, 2025