UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

COHN LIFLAND PEARLMAN
HERRMANN & KNOPF LLP
Attorneys for Debtor
Park 80 West-Plaza One
250 Pehle Avenue, Suite 401
Saddle Brook, New Jersey 07663
(201)845-9600
Our File: 40,845-0

Case No.: 25-16446

Chapter: 13

In Re:

EILEEN CRUZ,

Debtor.

Adv. No.: _____

Hearing Date: November 20, 2025

Judge: Vincent F. Papalia

## CERTIFICATION OF SERVICE

1. I, Barbara K. Blumberg :

    ☐ represent _____ in this matter.

    ☒ am the secretary/paralegal for Cohn Lifland Pearlman Herrmann & Knopf LLP, who represents Debtor in this matter.

    ☐ am the _____ in this case and am representing myself.

2. On October 22, 2025, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.
Notice of Motion to Limit the Claim of New Direction IRA., Inc. to Principal Only; Certification of Mercedes Diego in Support; Memorandum of Law in Support; and proposed Order.

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated: October 22, 2025

/s/Barbara K. Blumberg
Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Marie-Ann Greenberg<br>Chapter 13 Standing Trustee<br>30 Two Bridges Rd.<br>Suite 330<br>Fairfield, NJ 07004 | Chapter 13 Standing Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other __ECF__<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Eileen Cruz<br>140 W. Greenbrook Rd.<br>N. Caldwell, NJ 07006 | Debtor | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other __email__<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| New Direction IRA, Inc.<br>1070 W. Century Dr.<br>Louisville, CO 80027<br>Attn: President, Officer, Managing or General Agent | Secured Creditor | ☐ Hand-delivered<br>Regular mail<br>☐ Certified mail/RR<br>☒ __Federal Express__<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Registered Agents, Inc.<br>c/o New Direction IRA, Inc.<br>1500 N. Grant St., Ste R<br>Denver, CO 80203 | Secured Creditor | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other __Federal Express__<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ |