Form 186 − ntc13plnprior

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.:  25−16446−VFP
Chapter:  13
Judge:  Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Eileen Cruz
   140 W. Greenbrook Rd.
   Caldwell, NJ 07006

Social Security No.:
   xxx−xx−4519

Employer's Tax I.D. No.:

## NOTICE OF MODIFICATION OF CHAPTER 13 PLAN PRIOR TO CONFIRMATION; FIXING TIMES TO REJECT PLAN, COMBINED WITH NOTICE THEREOF

A Plan was filed in this matter on 6/18/2025 and a confirmation hearing on such Plan has been scheduled for 9/4/2025.

The debtor filed a Modified Plan on 10/21/2025 and a confirmation hearing on the Modified Plan is scheduled for 11/20/2025. Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing of the modified plan is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secured claim, such holder's acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holder's acceptance or rejection of the Plan within the time fixed.

3. The filing of a Modified Plan does not automatically adjourn the existing Confirmation hearing. Unless the Confirmation hearing is adjourned by the Trustee or the Court, the Court will hear arguments in support of the original plan on the scheduled Confirmation date, consider the reasons for filing the modified plan, and either adjourn the hearing date, confirm the plan, dismiss or convert the case, or take any other action on the original plan deemed appropriate.

   A full copy of the modified Plan will follow this notice.


Dated: October 22, 2025
JAN: jf

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:     Case No. 25-16446-VFP
Eileen Cruz     Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 4
Date Rcvd: Oct 22, 2025     Form ID: 186     Total Noticed: 75

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 24, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Eileen Cruz, 140 W. Greenbrook Rd., Caldwell, NJ 07006-4731 |
| aty | + | Michael S. Ackerman, Law Office of Michael S. Ackerman, Waterview Plaza, 2001 Route 46 Suite 310, Parsippany, NJ 07054-1315 |
| r | + | Michael Klein, Michael Klein, Liberty Realty LLC, Liberty Realty, LLC, One Marine View Plaza, Hoboken, NJ 07030-5725 |
| cr | + | Tarun Mehta, c/o Law Offices of Michael S. Ackerman,, 2001 Route 46 Suite 310, Waterview Plaza, Parsippany,, NJ 07054 US 07054-1315 |
| 520697925 | + | 103 Fabyan PL LLC, c/o Yoel Blum, Registered Agent, 22 Jon Leif Lane,, Spring Valley, NY 10977-6100 |
| 520790219 | + | 103 Fabyan PL LLC, c/o Yoel Blum, 831 Bedford Avenue, Suite 87, Brooklyn, NY 11205-2801 |
| 520697926 | + | 7188322 LLC, LX Financial LLC, 150 West 80th Street, Apt. 5D, New York, NY 10024-6312 |
| 520697930 | + | Angelo Cocuzza, c/o Steven M. Greenberg, Esq., 411 Pompton Ave., Cedar Grove, NJ 07009-1800 |
| 520697929 | + | Angelo Cocuzza, 2 Llewellyn Place, West Orange, NJ 07052-5402 |
| 520697933 | + | Carlos Vargas, 24 Pluto Lane, Modena, NY 12548-5145 |
| 520697939 | + | ENT and Allergy Associates, LLP, PO Box 5001, White Plains, NY 10602-5001 |
| 520697938 | + | Einhorn, Barbarito, Frost & Botwinick, Emily Z. Deyring, Esq., 165 E. Main St., PO Box 3010, Belvidere, NJ 07834-3010 |
| 520697941 | + | Imaging Subspecialists of North Jersey, PO Box 3607, Evansville, IN 47735-3607 |
| 520697943 | + | Jonathan Cruz, 140 Greenbrook Rd., Caldwell, NJ 07006-4731 |
| 520697945 | + | Juan Cruz, 478 Homestead Place,, Union, NJ 07083-7337 |
| 520697946 | + | Kia Financial, PO Box 660891, Dallas, TX 75266-0891 |
| 520697950 | + | MidFirst Midland Mortgage, PO Box 268959, Oklahoma City, OK 73126-8959 |
| 520697954 | + | Natalie De La Cruz, 295 Harding Avenue, Clifton, NJ 07011-3129 |
| 520697953 | + | Natalie De La Cruz, c/o Torres Legal LLC, 129 Prospect Street, Passaic, NJ 07055-4987 |
| 520697956 | + | New Direction IRA, Inc. FBO, 1070 West Century Drive, Suite 101, Louisville, CO 80027-1657 |
| 520697957 | + | North American Partners in Anesthesia, PO Box 200596, Dallas, TX 75320-0596 |
| 520697961 | + | St. Joseph's Health, PO Box 32025, New York, NY 10087-2025 |
| 520697962 | + | St. Joseph's Medical Group, PO Box 22773, New York, NY 10087-0001 |
| 520697963 | + | Surgical Center of Cedar Knolls, 197 Ridgedale Ave., Suite 100, Cedar Knolls, NJ 07927-2111 |
| 520697966 | + | Tarun Mehta, 2 Marianne Place, Parsippany, NJ 07054-2339 |
| 520697967 | + | Tenares Investment LLC, 140 West Greenbrook Rd., Caldwell, NJ 07006-4731 |
| 520697968 | + | University Spine Center Wayne, 504 Valley Road, Suite 203, Wayne, NJ 07470-3534 |
| 520697969 | + | Upstart Finance, 2 Circle Star Way, San Carlos, CA 94070-6200 |
| 520697970 | + | Upstart Finance, Attn: Bankruptcy, Po Box 1503, San Carlos, CA 94070-7503 |
| 520703284 | + | Upstart Network, Inc, PO BOX 1931, Burlingame, CA 94011-1931 |

TOTAL: 30

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Oct 22 2025 20:53:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Oct 22 2025 20:53:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 520771041 | | Email/Text: ebnbankruptcy@ahm.honda.com | Oct 22 2025 20:53:00 | Acura Financial Services, National Bankruptcy Center, P.O. Box 168088, Irving, TX 75016-8088 |
| 520697927 | | Email/Text: ebnbankruptcy@ahm.honda.com | | |

| Recipient ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 520697928 | + | Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com | Oct 22 2025 20:53:00 | Acura Financial Services, PO Box 7829, Philadelphia, PA 19101 |
| 520809961 | + | Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com | Oct 22 2025 20:59:42 | Aidvantage, Attn: Bankruptcy, Po Box 300001, Greenville, TX 75403-3001 |
| 520781941 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 22 2025 21:00:58 | Aidvantage on behalf of, Dept of Education, PO Box 300001, Greenville Tx 75403-3001 |
| 520697931 | | Email/Text: creditcardbkcorrespondence@bofa.com | Oct 22 2025 21:11:45 | Ashley Funding Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520776439 | | Email/Text: creditcardbkcorrespondence@bofa.com | Oct 22 2025 20:51:00 | Bank of America, Attn: Bankruptcy,, PO Box 672050,, Dallas, TX 75267-2050 |
| 520697932 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 22 2025 20:51:00 | Bank of America, N.A., PO Box 673033, Dallas, TX 75267-3033 |
| 520706878 | | Email/Text: mrdiscen@discover.com | Oct 22 2025 21:00:17 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 520770457 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 22 2025 20:51:00 | Capital One, N.A., successor by merger to Discover, PO Box 3025, New Albany, OH 43054-3025 |
| 520697934 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 22 2025 20:58:53 | Citibank N.A., Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 520697935 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Oct 22 2025 21:00:55 | Citibank/The Home Depot, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, St Louis, MO 63179-0040 |
| 520697937 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 22 2025 20:52:00 | Comenity Bank, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 520697948 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 22 2025 21:11:41 | Dsnb Bloomingdales, Attn: Bankruptcy, Po Box 8053, Mason, OH 45040 |
| 520697936 | + | Email/Text: mrdiscen@discover.com | Oct 22 2025 21:00:52 | Macy's/ DSNB, Atytn: Bankruptcy, 701 E. 60th Street North, Sioux Falls, SD 57104 |
| 520697940 | + | Email/Text: bkservices@frf1.com | Oct 22 2025 20:51:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 520753840 | + | Email/Text: bkservices@frf1.com | Oct 22 2025 20:53:00 | Freedom Road Financial, Attn: Bankruptcy, 10509 Professional Circle, Suite 100, Reno, NV 89521-4883 |
| 520752090 | + | Email/Text: Hcabankruptcy-courtnotices@hcamerica.com | Oct 22 2025 20:53:00 | FreedomRoad Financial, 10509 Professional Circle Ste 100, Reno, NV 89521-4883 |
| 520697942 | ^ | MEBN | Oct 22 2025 20:53:00 | Hyundai Lease Titling Trust, P.O. Box 20825, Fountain Valley, CA 92728-0825 |
| 520771116 | | Email/Text: JCAP_BNC_Notices@jcap.com | Oct 22 2025 20:47:42 | InDebted USA, Inc., PO Box 1201, Farmington, MO 63640-4128 |
| 520761345 | + | Email/Text: RASEBN@raslg.com | Oct 22 2025 20:53:00 | Jefferson Capital Systems, LLC, PO BOX 7999, SAINT CLOUD, MN 56302-9617 |
| 520697944 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Oct 22 2025 20:52:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., Robertson, Anschutz, Schneid,, Crane & Partners, PLLC, 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 520697947 | | Email/Text: govtaudits@labcorp.com | Oct 22 2025 21:00:40 | Jpmcb, MailCode LA4-7100, 700 Kansas Lane, Monroe, LA 71203-4774 |
| 520789322 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 22 2025 20:52:00 | Labcorp, PO Box 2240, Burlington, NC 27216 |
| 520697949 | ^ | MEBN | Oct 22 2025 21:00:59 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| | | | Oct 22 2025 20:48:36 | Mazda Financial Svc., PO Box 74689, Chicago, IL 60675-4689 |

Case 25-16446-VFP    Doc 70    Filed 10/24/25    Entered 10/25/25 00:14:17    Desc Imaged
Certificate of Notice    Page 4 of 5

| District/off: 0312-2 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Oct 22, 2025 | Form ID: 186 | Total Noticed: 75 |

| Recipient ID | | Delivery Method | Date/Time | Recipient |
|---|---|---|---|---|
| 520779822 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | Oct 22 2025 20:58:29 | MidFirst Bank, 999 NorthWest Grand Boulevard, Oklahoma City, OK 73118-6051 |
| 520697951 | + | Email/Text: bankruptcydpt@mcmcg.com | Oct 22 2025 20:53:00 | Midland Credit Management, Comenity Capital Bank/Floor & Decor, 350 Carmino De La Reina, Suite 100, San Diego, CA 92108-3007 |
| 520776303 | + | Email/Text: bankruptcydpt@mcmcg.com | Oct 22 2025 20:53:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 520697952 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | Oct 22 2025 21:24:21 | Midland Mortgage Co, Attn: Customer Service/Bankruptcy, Po Box 26648, Oklahoma City, OK 73126-0648 |
| 520697955 | | Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com | Oct 22 2025 21:12:31 | Navient, Advantage, Federal Student Loan Aid Servicing,, PO Box 300001,, Greenville, TX 75403-3001 |
| 520746633 | + | Email/PDF: cbp@omf.com | Oct 22 2025 21:00:35 | OneMain Financial Group, LLC, PO Box 3251, Evansville, IN 47731-3251 |
| 520790517 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 22 2025 21:00:53 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 520697958 | ^ | MEBN | Oct 22 2025 20:47:26 | PSE&G & Co., PO Box 14444, New Brunswick, NJ 08906-4444 |
| 520783440 | | Email/Text: bnc-quantum@quantum3group.com | Oct 22 2025 20:53:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 520771557 | | Email/Text: bnc-quantum@quantum3group.com | Oct 22 2025 20:53:00 | Quantum3 Group LLC as agent for, Crown Asset Management LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 520785815 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 22 2025 20:58:46 | Resurgent Receivables, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520697959 | + | Email/Text: bankruptcynotices@sba.gov | Oct 22 2025 20:52:00 | SBA, US Business Administration, 2 Gateway Center, Suite 1002, Newark, NJ 07102-5006 |
| 520697960 | + | Email/PDF: OGCRegionIIBankruptcy@hud.gov | Oct 22 2025 20:59:16 | Secretary of Housing and Urban Devel, 451 Seventh Street SW, Washington, DC 20410-0001 |
| 520697964 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 22 2025 20:58:29 | Syncb/jcrew, Attn: Bankruptcy, Po Box 965064, Orlando, FL 32896-5064 |
| 520697965 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 22 2025 21:12:30 | Synchrony Bank, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 520774655 | ^ | MEBN | Oct 22 2025 20:48:33 | Toyota Lease Trust, c/o Toyota Motor Credit Corporation, P.O. Box 330, Williamsville, New York 14231-0330 |
| 520699837 | | Email/PDF: OGCRegionIIBankruptcy@hud.gov | Oct 22 2025 20:59:16 | U.S. Department of Housing and Urban Development, 26 Federal Plaza, Suite 3541, New York, NY 10278 |
| 520697969 | + | Email/Text: UpStart@ebn.phinsolutions.com | Oct 22 2025 20:53:00 | Upstart Finance, 2 Circle Star Way, San Carlos, CA 94070-6200 |
| 520697970 | + | Email/Text: UpStart@ebn.phinsolutions.com | Oct 22 2025 20:53:00 | Upstart Finance, Attn: Bankruptcy, Po Box 1503, San Carlos, CA 94070-7503 |
| 520703284 | + | Email/Text: UpStart@ebn.phinsolutions.com | Oct 22 2025 20:53:00 | Upstart Network, Inc, PO BOX 1931, Burlingame, CA 94011-1931 |
| 520697971 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Oct 22 2025 20:51:00 | Verizon Wireless Services, One Verizon Way, Basking Ridge, NJ 07920-1097 |

TOTAL: 48

# BYPASSED RECIPIENTS

| District/off: 0312-2 | User: admin | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Oct 22, 2025 | Form ID: 186 | Total Noticed: 75 |

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Yoel Blum |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 24, 2025       Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 22, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor MIDFIRST BANK dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Matthew K. Fissel | on behalf of Creditor MIDFIRST BANK bkgroup@kmllawgroup.com  matthew.fissel@brockandscott.com |
| Mercedes Diego | on behalf of Debtor Eileen Cruz md@njlawfirm.com  jwh@njlawfirm.com |
| Ross J. Switkes | on behalf of Creditor LX Financial  LLC rswitkes@shermansilverstein.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 6