| UNITED STATES BANKRUPTCY COURT |
| DISTRICT OF NEW JERSEY |

In Re:

EILEEN CRUZ,

    Debtor.

Case No.: 25-16446

Adversary No.: _____

Chapter: 13

Judge: Vincent F. Papalia

## CHANGE OF ADDRESS

Under D. N.J. LBR 2002-1(b) this form must be used by a party to change its address during a case or proceeding. **NOTE:** A separate form must be filed in each main case and adversary proceeding where the address of the party needs to be updated. A debtor who wishes to change the address of a creditor previously included on their Schedules may also use this form.

Party's name/type: 103 Fabyan PL LLC
(Example: John Smith, creditor)

    Old address:    c/o Yoel Blum, Registered Agent
                          22 Jon Leif Lane
                          Spring Valley, NY 10977

    New address:    c/o Yoel Blum
                          831 Bedford Avenue, Suite 87
                          Brooklyn, NY 11205

    New phone no.: _____
    (if debtor is filing and their phone number has changed).

☐ Check here if you are a debtor or a joint debtor and you receive court orders and notices by email through the Debtor Electronic Bankruptcy Noticing program (DeBN) rather than by U.S. mail to your mailing address. Please provide your DeBN account number below (DeBN account numbers can be located in the subject title of all emailed court orders and notices).

    Debtor's DeBN account number: _____

    Joint debtor's DeBN account number: _____

I hereby certify under penalty of perjury that the above information is true.  If a debtor, I understand that it is my responsibility to notify the Trustee and any affected party of my change of address.

Date:  October 28, 2025         /s/Mercedes Diego
                                Signature

*rev.1/27/2025*