| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY** <br> **Caption in Compliance with D.N.J. LBR 9004-1(b)** | |
| Law Offices of Michael S. Ackerman, LLC <br> 2001 Route 46 Suite 310 <br> Waterview Plaza <br> Parsippany, NJ 07054 <br> 973-829-0115 (O) <br> 973-464-7063 (M) <br> Michael S. Ackerman, Esq. (011191976) <br><br> *Attorneys for Secured Creditor Tarun Mehta* | |
| In re: <br><br> EILEEN CRUZ, <br><br>                    Debtor. | Chapter 13 <br><br> Case No. 25-16446-VFP <br><br> Hon. Vincent F. Papalia <br><br> **CERTIFICATION OF TARUN MEHTA IN OPPOSITION TO DEBTOR'S MOTION TO EXPUNGE CLAIM AND MORTGAGE** |

Tarun Mehta, being of full age, deposes and says:

1. I am the holder of a second mortgage on Debtor's property at 140 W Greenbrook Rd., Caldwell NJ 07006 ("Property"). In this capacity I am fully aware of the circumstances surrounding the origination of the second mortgage in question ("Loan"), as well as the administration of the Loan since its origination.

2. Annexed hereto as Exhibit "A" is a copy of the recorded second mortgage.

3. The Loan was attached as an exhibit to the Proof of Claim filed on my behalf on August 27, 2025.

4. The amount of the Loan in question was an accommodation to the Debtor. I had originally provided a first mortgage to the Debtor and a co-borrower, Juan Cruz, in the amount of $420,000.00 with an interest rate of 13%. The first mortgage was in default, and I was advised the Debtor was refinancing the first mortgage. I provided a payoff at the time of closing. Annexed

hereto as Exhibit "B" is a copy of the original Closing Statement prepared by the Debtor's title company of September 29, 2017 which indicates a total amount due on my first mortgage of $437,609.59, as of September 29. 2017.

5. Shortly after the preparation of the proposed Closing Statement, I was informed that the refinancing could not close because it would be insufficient to pay off my first mortgage.

6. To accommodate the Debtor, I agreed to accept less than the total amount due in exchange for a second mortgage on the Property to cover the short payoff.

7. Since I was being asked to give up my position as a first mortgage and take a second mortgage behind a substantial new first mortgage of $497,557.00 for the remaining balance of my payoff, and as my equity position as to the property was being put at risk, I realized that I had a mortgage in default and was being asked to waive the default and possibly take a subordinate position on the property with a greatly reduced equity cushion. . At the time neither of us were represented by an attorney.

8. Based upon discussions with the Debtor and Juan Cruz, I agreed to accommodate them so that they could close on their new loan. I was offered a second mortgage on the property by the Debtor and her co-borrower. As my position as mortgagee on the Property was being put at risk I asked for interest on the second mortgage to be fixed at 20%. The Debtor and his co-mortgagor agreed.

9. Based upon my accommodations with the Debtor, she was able to close on her new mortgage.

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated: November _7, 2025

_____
Tarun Mehta

2

**EXHIBIT "A"**

### DANA RONE
### ESSEX COUNTY REGISTER OF DEEDS & MORTGAGES



Hall of Records
465 Martin Luther King Jr Blvd
Room 130
Newark, NJ 07102
(973) 621-4960

**Instrument Number - 2017091644**
Recorded On 10/17/2017 At 1:34:20 PM
*Instrument Type - MORTGAGE
Invoice Number - 164167    User ID: NT
*Mortgagor - CRUZ, EILEEN
*Mortgagee - MEHTA, TARUN
*PARCEL IDENTIFICATION NUMBER
    N/A-NORTH CALDWELL

*RETURN DOCUMENT TO:
TARUN MEHTA
2 MARIANNE PL
PARSIPPANY, NJ 07054

*Total Pages - 5

*FEES

| | |
|---|---|
| NJ PRESERVATION ACCOUNT | $25.00 |
| INDEX-COVER PAGE FEE | $20.00 |
| REGISTER RECORDING FEE | $35.00 |
| HOMELESSNESS TRUST FUND | $3.00 |
| TOTAL PAID | $83.00 |

I hereby CERTIFY that this document is Recorded in the Register of Deeds & Mortgages Office of Essex County, New Jersey



Dana Rone
Register of Deeds & Mortgages

THIS IS A CERTIFICATION PAGE

## Do Not Detach

THIS PAGE IS NOW PART OF THIS LEGAL DOCUMENT

* - Information denoted by an asterisk may change during the verification process and may not be reflected on this page.

INSTRUMENT NUMBER - 2017091644                                    003JSW

# MORTGAGE

*[signature]*

Prepared By: Tarun Mehta

This Mortgage is made on    September 26, 2017

**BETWEEN** the Borrower(s) Eileen Cruz and Juan Cruz and Natalie De La Cruz; whose address is 140 W Greenbrook Rd, North Caldwell, NJ 07006 and **TENARES INVESTMENT LLC**, a New Jersey Limited Liability Company with primary address of **209 Colfax Avenue, Clifton, New Jersey 07013**, referred to as "Borrower",

**AND** the Lender    TARUN MEHTA

Whose address is   2 MARIANNE PLACE, PARSIPPANY, NJ 07054 referred to as "Lender".

If more than one Borrower signs this Mortgage, the word "Borrower" shall mean each Borrower named above. The word "Lender" means the original Lender and anyone else who takes this Mortgage by transfer.

**Mortgage Note.** In return for a loan that Borrower received, Borrower promises to pay $27,000.00 (called "principal"), including interest in accordance with the terms of a Mortgage Note dated September 26, 2017 (referred to as the "Note".) All sums owed under the Note are due no later than June 28, 2018. All terms of the Note are made part of this Mortgage.

**Property Mortgaged.** The properties mortgaged to the Lender (called the "Property") are located in the <u>Borough of North Caldwell, County of Essex</u>, State of New Jersey. The Property includes : (i) the land; (ii) all buildings that are now or will be, located on the land; (iii) all fixtures that are now, or will be, attached to the land or building(s) (for example, furnaces, bathroom fixtures and kitchen cabinets and all building contents); (iv) all condemnation awards and insurance proceeds relating to the land and building(s); and (v) all other rights that Borrower has, or will have, as owner of the Property. The legal description of the Property is:

**140 West Greenbrook Road, North Caldwell, New Jersey 07006;**

**Block: 1700, Lot: 1, in Essex County, New Jersey**

**This is subject to the First Mortgage held by** Absolute Home Mortgage, Corporation, Its Successors and/or Assigns, 279 Browertown Road, Woodland, Park, NJ 07424

**Rights Given to Lender.** Borrower mortgages the Property to Lender. This means that Borrower gives the Lender those rights stated in this Mortgage and also those rights the law gives to lenders who hold mortgages on real property. When Borrower pays all amounts due to Lender under the Note and this Mortgage, the Lender's rights under this Mortgage will end. The Lender will then cancel this Mortgage at Borrower's expense.

**Promises.** Borrower makes the following promises to the Lender:

1. **Note and Mortgage.** Borrower will comply with all of the terms of the Note and this Mortgage.

2. **Payments.** Borrower will make all payments required by the Note and this Mortgage.

3. **Ownership.** Borrower warrants title to the premises (N.J.S.A. 46:9-2). This means Borrower owns the Property and will defend Borrower's ownership against all claims.

4. **Liens and Taxes.** Borrower will pay all liens, taxes, assessments and other government charges made against the Property when due. Borrower will not claim any deduction from the taxable value of the Property because of this Mortgage. Borrower will not claim any credit against the principal and interest payable under the Note and this Mortgage for any taxes paid on the Property.

5. **Insurance.** Borrower must maintain extended coverage insurance on the Property. The Lender may also require that Borrower maintain flood insurance or other types of insurance. The insurance companies, policies, amounts and types of coverage must be acceptable to the Lender. Borrower will notify the Lender in the event of any substantial loss or damage. The Lender may then settle the claim on Borrower's behalf if Borrower fails to do so. All payments from the insurance company must be payable to the Lender under a "standard mortgage clause" in the insurance policy. The Lender may use any proceeds to repair and restore the Property or to reduce the amount due under the Note and this Mortgage. This will not delay the due date for any payment under the Note and this Mortgage.

6. **Repairs.** Borrower will keep the Property in good repair, neither damaging nor abandoning it. Borrower will allow the Lender to inspect the Property upon reasonable notice to Borrower.

7. **Statement of Amount Due.** Upon request of the Lender, I will certify to the Lender in writing: (a) the amount due on the Note and this Mortgage; and (b) whether or not Borrower has any defense to Borrower's obligations under the Note and this Mortgage.

8. **Rent.** Borrower will not accept rent from any tenant for more than one month in advance.

9. **Lawful Use.** Borrower will use the Property in compliance with all laws, ordinances and other requirements of any governmental authority.

**Eminent Domain.** All or part of the Property may be taken by a government entity for public use. If this occurs, Borrower agrees that any compensation be given to the Lender. The Lender may use this to repair and restore the Property or to reduce the amount owed on the Note and this Mortgage. This will not delay the due date for any further payment under the Note and this Mortgage. Any remaining balance will be paid to me.

**Tax and Insurance Escrow.** If the Lender requests, Borrower will make regular monthly payments to the Lender of: (a) 1/12 of the yearly real estate taxes and assessments on the Property; and (b) 1/12 of the yearly cost of insurance on the Property. These payments will be held by the Lender without interest to pay the taxes, assessments and insurance premiums as they become due.

**Payments Made for Borrower(s).** If Borrower does not make all of the repairs or payments as agreed in this Mortgage, the Lender may do so for Borrower. The cost of these repairs and payments will be added to the principal, will bear interest at the same rate provided in the Note and will be repaid to the Lender upon demand.

**Default.** The Lender may declare that I am in default on the Note and this Mortgage if: (a) Borrower fails to make any payment required by the Note and this Mortgage with 30 days after its due date; (b) Borrower fails to keep any other promise Borrower makes in this Mortgage; (c) the ownership of the Property is changed for any reason; (d) the holder of any lien on the Property starts foreclosure proceedings; (e) bankruptcy, insolvency or receivership proceedings are started by or against any of the Borrowers; or (f) either of the restrictions stated hereinafter are violated.

**Payments Due Upon Default.** If the Lender declares that Borrower is in default, Borrower must immediately pay the full amount of all unpaid principal, interest, other amounts due on the Note and this Mortgage and the Lender's costs of collection and reasonable attorney fees.

**Lender's Rights Upon Default.** If the Lender declares that the Note and this Mortgage are in default, the Lender will have all rights given by law or set forth in this Mortgage. This includes the right to do any one or more of the following: (a) take possession of and manage the Property, including the collection of rents and profits; (b) have a court appoint a receiver to accept rent for the Property (Borrower consents to this); (c) start a court action, known as foreclosure, which will result in a sale of the Property to reduce Borrower's obligations under the Note and this Mortgage; and (d) sue Borrower for any money that Borrower owes the Lender.

**Notices.** All notices must be in writing and personally delivered or sent by certified mail, return receipt requested, to the addresses given in this Mortgage. Address changes may be made upon notice to the other party.

**No Waiver by Lender.** Lender may exercise any right under this Mortgage or under any law, even if Lender has delayed in exercising that right or has agreed in an earlier instance not to exercise that right. Lender does not waive its right to declare that Borrower is in default by making any payments or incurring expenses on Borrower's behalf.

**Each Person Liable.** This Mortgage is legally binding upon each Borrower and all who succeed to their responsibilities (such as heirs and executors). The Lender may enforce any of the provisions of the Note and this Mortgage against any one or more of the Borrowers who sign this Mortgage.

**Restrictions.**

(1) The funds given to Borrower by Lender can only be used for the property specifically identified herein.
(2) Borrower agrees that no additional loans, i.e. construction or secondary, will be applied to the property identified herein.

**No Oral Changes.** This Mortgage can only be changed by an agreement in writing signed by both Borrower and the Lender.

**Copy Received.** BORROWER ACKNOWLEDGES RECEIPT OF A TRUE COPY OF THIS MORTGAGE WITHOUT CHARGE.

**Signatures.** Borrower agrees to the terms of this Mortgage. If the Borrower is a corporation, its proper corporate officer signs.

_____
Eileen Cruz, Individually

_____
Juan Cruz, Officer-President
for **TENARES INVESTMENT LLC**

_____
Juan Cruz, Individually

_____
Natalie De La Cruz, Individually

Acknowledgements:

STATE OF NEW JERSEY, COUNTY OF Morris        SS:

On this 27th day of Sept, 2017, before me, the subscribers, personally appeared Eileen Cruz and Juan Cruz and Natalie De La Cruz, who I am satisfied, are the persons named in and who executed the within instrument, and thereupon they acknowledged that they signed, sealed and delivered the same as their act and deed for the purposes therein expressed.

SWARNALATA VUNNAVA
NOTARY PUBLIC
STATE OF NEW JERSEY
ID # 2403097
MY COMMISSION EXPIRES DEC. 15, 2020

_____
Notary Public

STATE OF NEW JERSEY, COUNTY OF MORRIS

I CERTIFY that on 27th day of Sept, 2017, Juan Cruz, personally came before me and acknowledged under oath, to my satisfaction that, that this person is the Officer of **TENARES INVESTMENT LLC**, is the attesting witness to the signing of this document by the proper corporate officer, personally signed, sealed and delivered this for the purpose herein, as his voluntary act duly authorized by a proper resolution of its Board of Directors; this person knows the proper seal of the corporation which was affixed to this document, and signed this proof to attest to the truth of these facts.

R&R : TARUN MEHTA
2 MARIANNE PL
PARSIPPANY, NJ
07054
C: 973 632 9500

_____
NOTARY PUBLIC
SWARNALATA VUNNAVA
NOTARY PUBLIC
STATE OF NEW JERSEY
ID # 2403097
MY COMMISSION EXPIRES DEC. 15, 2020

*Not Certified Copy*

# EXHIBIT "B"

# Closing Disclosure

This form is a statement of final loan terms and closing costs. Compare this document with your Loan Estimate.

## Closing Information
- **Date Issued**
- **Closing Date** 9/29/2017
- **Disbursement Date** 9/29/2017
- **Settlement Agent** Guardian Title Services, LLC
- **File #** GTS-24232
- **Property** 140 W Greenbrook Rd, North Caldwell, NJ 07006
- **Appraised Prop. Value**

## Transaction Information
- **Borrower** Eileen Cruz and Juan Cruz and Natalie De La Cruz
- **Lender** Absolute Home Mortgage Corporation, Its Successors and/or Assigns as there interest may appear 279 Browertown Road, Woodland Park, NJ 07424

## Loan Information
- **Loan Term** Years
- **Purpose** Refinance
- **Product** Fixed Rate
- **Loan Type** ☐ Conventional ☐ FHA ☐ VA ☐
- **Loan ID #**
- **MIC #**

## Loan Terms

| | | Can this amount increase after closing? |
|---|---|---|
| **Loan Amount** | $497,557 | |
| **Interest Rate** | 0% | |
| **Monthly Principal & Interest** *See Projected Payments below for your Estimated Total Monthly Payment* | $0.00 | |
| | | **Does the loan have these features?** |
| **Prepayment Penalty** | | |
| **Balloon Payment** | | |

## Projected Payments

| Payment Calculation | | | | |
|---|---|---|---|---|
| Principal & Interest | | | | |
| Mortgage Insurance | | | | |
| Estimated Escrow *Amount can increase over time* | | | | |
| **Estimated Total Monthly Payment** | | | | |

| **Estimated Taxes, Insurance & Assessments** *Amount can increase over time* *See page 4 for details* | a month | This estimate includes<br>☐ Property Taxes<br>☐ Homeowner's Insurance<br>☐ Other:<br>☐ Other:<br>☐ Other:<br>*See Escrow Account on page 4 for details. You must pay for other property costs separately.* | In escrow? |

## Costs at Closing

| **Closing Costs** | $64,211.40 | Includes $16,446.96 in Loan Costs $47,764.44 in Other Costs - $0.00 in Lender Credits. *See page 2 for details.* |
| **Cash to Close** | $16,139.26 | Includes Closing Costs. *See Calculating Cash to Close on page 3 for details.* ☒ From ☐ To Borrower |

CLOSING DISCLOSURE                                                                                       PAGE 1 OF 5 • LOAN ID #

## Closing Cost Details

| Loan Costs | | Borrower-Paid At Closing | Borrower-Paid Before Closing | Paid by Others |
|---|---|---|---|---|
| **A. Origination Charges** | | **$3,681.92** | | |
| 01 0.740% of Loan Amount (Points) | | $3,681.92 | | |
| 02 Broker Comp to Eridonn Mortgage LLCq | | | | $13,682.82 |
| | | | | |
| **B. Services Borrower Did Not Shop For** | | **$9,277.04** | | |
| 01 appr | | | $510.00 | |
| 02 appr | | $150.00 | | |
| 03 mip | | $8,557.50 | | |
| 04 redit | | $59.54 | | |
| | | | | |
| **C. Services Borrower Did Shop For** | | **$3,488.00** | | |
| 01 Closing Service Letter | to Guardian Title Services, LLC | $75.00 | | |
| 02 Courier Fee- Refinance | to Guardian Title Services, LLC | $65.00 | | |
| 03 E Doc Fee | to Guardian Title Services, LLC | $50.00 | | |
| 04 Notary Fees | to Guardian Title Services, LLC | $25.00 | | |
| 05 Settlement/Closing Fee | to Guardian Title Services, LLC | $475.00 | | |
| 06 Title - Loan Policy Premium: Absolute Home | to Guardian Title Services, LLC | $2,217.00 | | |
| 07 Title- Search Costs | to Guardian Title Services, LLC | $456.00 | | |
| 08 Title-Endorsements | to Guardian Title Services, LLC | $125.00 | | |
| | | | | |
| **D. TOTAL LOAN COSTS (Borrower-Paid)** | | **$16,446.96** | | |
| Loan Costs Subtotals (A + B + C) | | $15,936.96 | $510.00 | |

CLOSING DISCLOSURE

PAGE 2a OF 5 • LOAN ID #

Other Costs

| E. Taxes and Other Government Fees | | $400.00 | | |
|---|---|---|---|---|
| 01 Recording Fees    Deed: $100.00  Mortgage: $300.00 | | $400.00 | | |
| | | | | |
| F. Prepaids | | $6,962.77 | | |
| 01 Homeowner's Insurance Premium    to Liberty Mutual | | $663.52 | $651.48 | |
| 02 Mortgage Insurance Premium | | | | |
| 03 Prepaid Interest $61.34 per day from 10/4/2017 to 11/1/2017 | | $1,717.52 | | |
| 04 Property Taxes | | | | |
| 05 Flood Insuranceq  to Robert Wilkens Insurance | | | $916.25 | |
| 06 Property Taxes    to 2017 140 W Greenbrook 2nd qtr | | $3,014.00 | | |
| | | | | |
| G. Initial Escrow Payment at Closing | | $3,342.63 | | |
| 01 Homeowner's Insurance 12 mo @ $109.59 /mo | | $1,315.08 | | |
| 03 Property Taxes 2 mo @ $1106.75 /mo | | $2,213.50 | | |
| 04 Flood Insurance 5 mo @ $76.36 /mo | | $381.80 | | |
| 08 Aggregate Adjustment | | ($567.75) | | |
| | | | | |
| H. Other | | $37,059.04 | | |
| 01 Deed Preparation Fee    to Francis Uzzi, Esq | | $200.00 | | |
| 02 Tax Redemption Certifiate    to Boro of North Caldwell | | $36,859.04 | | |
| | | | | |
| I. TOTAL OTHER COSTS (Borrower-Paid) | | $47,764.44 | | |
| Other Costs Subtotals (E + F + G + H) | | $46,196.71 | $1,567.73 | |
| J. TOTAL OTHER COSTS (Borrower-Paid) | | $64,211.40 | | |
| Closing Costs Subtotals (D + I) | | $62,133.67 | $2,077.73 | $13,682.82 |
| Lender Credits | | $0.00 | $0.00 | |

CLOSING DISCLOSURE

PAGE 2b OF 5 • LOAN ID #

| | | | |
|---|---|---|---|
| 01 Payoff | to Tarun Mehta | | $437,609.59 |
| 02 Acct No | to One Main | | $13,953.00 |
| 03 | | | |
| 04 | | | |
| 05 | | | |
| 06 | | | |
| 07 | | | |
| 08 | | | |
| 09 | | | |
| 10 | | | |
| 11 | | | |
| 12 | | | |
| 13 | | | |
| 14 | | | |
| 15 | | | |
| K. TOTAL PAYOFFS AND PAYMENTS | | | $451,562.59 |

## Calculating Cash to Close

Use this table to see what has changed from your Loan Estimate.

| | Loan Estimate | Final | Did this change? |
|---|---|---|---|
| Loan Amount | $0.00 | $497,557.00 | |
| Total Closing Costs (J) | $0.00 | ($64,211.40) | |
| Closing Costs Paid Before Closing | $0.00 | $2,077.73 | |
| Total Payoffs and Payments (K) | $0.00 | ($451,562.59) | |
| Cash to Close | $0.00 | $16,139.26 | |
| | [X] From [ ] To Borrower | [X] From [ ] To Borrower | |

CLOSING DISCLOSURE    PAGE 3 OF 5 • LOAN ID #

**Payoffs and Payments** — Use this table to see a summary of your payoffs and payments to others from your loan amount..

| TO | AMOUNT |
|---|---|

## Additional Information About This Loan

### Loan Disclosures

**Assumption**
If you sell or transfer this property to another person, your lender
- ☐ will allow, under certain conditions, this person to assume this loan on the original terms.
- ☐ will not allow assumption of this loan on the original terms.

**Demand Feature**
Your loan
- ☐ has a demand feature, which permits your lender to require early repayment of the loan. You should review your note for details.
- ☐ does not have a demand feature.

**Late Payment**
If your payment is more than  days late, your lender will charge a late fee of

**Negative Amortization** (Increase in Loan Amount)
Under your loan terms, you
- ☐ are scheduled to make monthly payments that do not pay all of the interest due that month. As a result, your loan amount will increase (negatively amortize), and your loan amount will likely become larger than your original loan amount. Increases in your loan amount lower the equity you have in this property.
- ☐ may have monthly payments that do not pay all of the interest due that month. If you do, your loan amount will increase (negatively amortize), and, as a result, your loan amount may become larger than your original loan amount. Increases in your loan amount lower the equity you have in this property.
- ☐ do not have a negative amortization feature.

**Partial Payments**
Your lender
- ☐ may accept payments that are less than the full amount due (partial payments) and apply them to your loan.
- ☐ may hold them in a separate account until you pay the rest of the payment, and then apply the full payment to your loan.
- ☐ does not accept any partial payments.
If this loan is sold, your new lender may have a different policy.

**Security Interest**
You are granting a security interest in 140 W Greenbrook Rd, North Caldwell, NJ 07006
You may lose this property if you do not make your payments or satisfy other obligations for this loan.

**Escrow Account**
*For now,* your loan
- ☐ will have an escrow account (also called an "impound" or "trust" account) to pay the property costs listed below. Without an escrow account, you would pay them directly, possibly in one or two large payments a year. Your lender may be liable for penalties and interest for failing to make a payment.

| Escrow | | |
|---|---|---|
| Escrowed Property Costs over Year 1 | $15,512.40 | Estimated total amount over year 1 for your escrowed property costs: |
| Non-Escrowed Property Costs Over Year 1 | | Estimated total amount over year 1 for your non-escrowed property costs: You may have other property costs. |
| Initial Escrow Payment | $3,342.63 | A cushion for the escrow account you pay at closing. See Section G on page 2. |
| Monthly Escrow Payment | $1,292.70 | The amount included in your total monthly payment. |

- ☐ will not have an escrow account because ☐ you declined it ☐ your lender does not offer one. You must directly pay your property costs, such as taxes and homeowner's insurance. Contact your lender to ask if your loan can have an escrow account.

| No Escrow | | |
|---|---|---|
| Estimated Property Costs over Year 1 | | Estimated total amount over year 1. You must pay these costs directly, possibly in one or two large payments a year. |
| Escrow Waiver Fee | | |

*In the future,*
Your property costs may change and, as a result, your escrow pay-ment may change. You may be able to cancel your escrow account, but if you do, you must pay your property costs directly. If you fail to pay your property taxes, your state or local government may (1) impose fines and penalties or (2) place a tax lien on this property. If you fail to pay any of your property costs, your lender may (1) add the amounts to your loan balance, (2) add an escrow account to your loan, or (3) require you to pay for property insurance that the lender buys on your behalf, which likely would cost more and provide fewer benefits than what you could buy on your own.

CLOSING DISCLOSURE

PAGE 4 OF 5 • LOAN ID #

## Loan Calculations

**Total of Payments.** Total you will have paid after you make all payments of principal, interest, mortgage insurance, and loan costs, as scheduled.

**Finance Charge.** The dollar amount the loan will cost you.

**Amount Financed.** The loan amount available after paying your upfront finance charge.

**Annual Percentage Rate (APR).** Your costs over the loan term expressed as a rate. This is not your interest rate.

**Total Interest Percentage (TIP).** The total amount of interest that you will pay over the loan term as a percentage of your loan amount.

**Questions?** If you have questions about the loan terms or costs on this form, use the contact information below. To get more information or make a complaint, contact the Consumer Financial Protection Bureau at www.consumerfinance.gov/mortgage-closing

## Other Disclosures

**Appraisal**
If the property was appraised for your loan, your lender is required to give you a copy at no additional cost at least 3 days before closing. If you have not yet received it, please contact your lender at the information listed below.

**Contract Details**
See your note and security instrument for information about
- what happens if you fail to make your payments,
- what is a default on the loan,
- situations in which your lender can require early repayment of the loan, and
- the rules for making payments before they are due.

**Liability after Foreclosure**
If your lender forecloses on this property and the foreclosure does not cover the amount of unpaid balance on this loan,
☐ state law may protect you from liability for the unpaid balance. If you refinance or take on any additional debt on this property, you may lose this protection and have to pay any debt remaining even after foreclosure. You may want to consult a lawyer for more information.
☐ state law does not protect you from liability for the unpaid balance.

**Refinance**
Refinancing this loan will depend on your future financial situation, the property value, and market conditions. You may not be able to refinance this loan.

**Tax Deductions**
If you borrow more than this property is worth, the interest on the loan amount above this property's fair market value is not deductible from your federal income taxes. You should consult a tax advisor for more information.

## Contact Information

| | Lender | Mortgage Broker | Real Estate Broker (B) | Real Estate Broker (S) | Settlement Agent |
|---|---|---|---|---|---|
| Name | Absolute Home Mortgage Corporation, Its Successors and/or Assigns as there interest may appear | | | | Guardian Title Services, LLC |
| Address | 279 Browertown Road, Woodland Park, NJ 07424 | | | | 187 Washington Ave Suite 2G, Nutley, NJ 07110 |
| NMLS ID | | | | | |
| ST License ID | | | | | 1107549 |
| Contact | | | | | Guardian Title Services, LLC |
| Contact NMLS ID | | | | | |
| Contact ST License ID | | | | | |
| Email | | | | | |
| Phone | | | | | (973) 276-9262 |

By signing, you are only confirming that you have received this form. You do not have to accept this loan because you have signed or received this form.

_____   _____
Applicant Signature         Date

_____   _____
Co-Applicant Signature      Date

CLOSING DISCLOSURE                                                    PAGE 5 OF 5 • LOAN ID #