UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

SCURA, WIGFIELD, HEYER
STEVENS & CAMMAROTA, LLP
1599 Hamburg Turnpike
Wayne, New Jersey 07470
973-554-9801
David L. Stevens, Esq.
Email: dstevens@scura.com
Counsel for Creditor, 103 Fabyan PL LLC

In Re:

Eileen Cruz,

Debtor.

Case No.: 25-16446-VFP

Chapter: 13

Judge: VFP

## NOTICE OF APPEARANCE

Please take notice that in accordance with Fed. R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of ____103 Fabyan PL LLC____. Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

ADDRESS: Scura, Wigfield, Heyer, Stevens & Cammarota, LLP
1599 Hamburg Turnpike
Wayne, New Jersey 07470

DOCUMENTS:

☒ All notices entered pursuant to Fed. R. Bankr. P. 2002.

☒ All documents and pleadings of any nature.

Date: 11/13/2025

/s/ David L. Stevens
Signature

*new.8/1/15*