UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

SCURA, WIGFIELD, HEYER,
STEVENS & CAMMAROTA, LLP
1599 Hamburg Turnpike
Wayne, New Jersey 07470
Telephone: 973-696-8391
David Stevens, Esq.
dstevens@scura.com
Counsel for Creditor, 103 Fabyan PL, LLC

In Re:

EILEEN CRUZ,

Debtor

Case No.: 25-17324-VFP

Chapter: 13

Adv. No.: 

Hearing Date: 12/18/2025 08:30AM

Judge: VFP

# CERTIFICATION OF SERVICE

1. I, Silvia Pereyra :

   ☐ represent _____ in the this matter.

   ☒ am the secretary/paralegal for SWHS&C, LLP, who represents Creditor in the this matter.

   ☐ am the _____ in the this case and am representing myself.

2. On November 13, 2025, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.
   Objection to Confirmation of Plan (Dkt.76)

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: November 13, 2025

/s/ Silvia Pereyra
Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Marie-Ann Greenberg<br>Chapter 13 Standing Trustee<br>30 Two Bridges Rd<br>Suite 330<br>Fairfield, NJ 07004-1550 | Chapter 13 Standing Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| Eileen Cruz<br>140 W. Greenbrook Rd.<br>Caldwell, NJ 07006 | Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| Mercedes Diego, Esq.<br>Cohn Lifland Pearlman Herrmann Knopf,LLP<br>250 Pehle Avenue, Suite 401<br>Saddle Brook, NJ 07663 | Debtor's Counsel | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |