COHN LIFLAND PEARLMAN
HERRMANN & KNOPF LLP
Mercedes Diego, Esq.
Park 80 West - Plaza One
250 Pehle Avenue, Suite 401
Saddle Brook, New Jersey 07663
Tel: (201)845-9600
md@njlawfirm.com
Attorneys for Debtor



Order Filed on December 1, 2025
by Clerk
U.S. Bankruptcy Court
District of New Jersey

## UNITED STATE BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| IN RE: | X | Case No.: 25-16446 / VFP |
| | : | Honorable Vincent F. Papalia |
| | : | Chapter 13 |
| EILEEN CRUZ, | : | |
| | : | |
| Debtors | : | |
| | : | |

## ORDER APPROVING MOTION TO
## LIMIT THE LIEN OF NEW DIRECTION IRA, INC.
## TO PRINCIPAL ONLY

The relief set forth on the following page is hereby **ORDERED**.

**DATED: December 1, 2025**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

Page 2
Debtor:        EILEEN CRUZ
Case No.:      25-16446 / VFP
Caption of Order:    **ORDER APPROVING MOTION TO LIMIT THE LIEN OF NEW DIRECTION IRA, INC. TO PRINCIPAL ONLY**

---

This matter having been brought before the Court by COHN LIFLAND PEARLMAN HERRMANN & KNOPF LLP, attorneys for debtor Eileen Cruz ("Debtor"); through which Debtors seeks the Court's authorization to limit the lien of New Direction IRA, Inc. to principal only, and for good cause shown;

It is ORDERED as follows:

1. The Motion is granted.

2. The lien of New Direction IRA, Inc. (POC #38) is limited to the principal amount of $35,000. No interest shall accrue on this amount.