COHN LIFLAND PEARLMAN
HERRMANN & KNOPF LLP
Mercedes Diego, Esq.
Park 80 West - Plaza One
250 Pehle Avenue, Suite 401
Saddle Brook, New Jersey 07663
Tel: (201)845-9600
md@njlawfirm.com
Attorneys for Debtor

**Order Filed on December 1, 2025
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

## UNITED STATE BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| IN RE: | X | Case No.: 25-16446 / VFP |
| | : | Honorable Vincent F. Papalia |
| | : | Chapter 13 |
| EILEEN CRUZ, | : | |
| | : | |
| Debtors | : | |
| | : | |

## ORDER APPROVING MOTION TO
## LIMIT THE LIEN OF NEW DIRECTION IRA, INC.
## TO PRINCIPAL ONLY

The relief set forth on the following page is hereby **ORDERED**.

**DATED: December 1, 2025**

_____
**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

Page 2
Debtor:       EILEEN CRUZ
Case No.:    25-16446 / VFP
Caption of Order:    **ORDER APPROVING MOTION TO LIMIT THE LIEN OF NEW DIRECTION IRA, INC. TO PRINCIPAL ONLY**

---

This matter having been brought before the Court by COHN LIFLAND PEARLMAN HERRMANN & KNOPF LLP, attorneys for debtor Eileen Cruz ("Debtor"); through which Debtors seeks the Court's authorization to limit the lien of New Direction IRA, Inc. to principal only, and for good cause shown;

It is ORDERED as follows:

1. The Motion is granted.

2. The lien of New Direction IRA, Inc. (POC #38) is limited to the principal amount of $35,000. No interest shall accrue on this amount.

United States Bankruptcy Court
District of New Jersey

| | |
|---|---|
| In re: | Case No. 25-16446-VFP |
| Eileen Cruz | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Dec 02, 2025 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 04, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Eileen Cruz, 140 W. Greenbrook Rd., Caldwell, NJ 07006-4731 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**
NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 04, 2025      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 2, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| David L. Stevens | on behalf of Creditor 103 Fabyan PL LLC dstevens@scura.com dstevens@scura.com;ecfbkfilings@scuramealey.com;pevangelista@scura.com;amurphy@scura.com;vmajano@scura.com;jromero@scura.com;spereyra@scura.com;dwoody@scura.com;asoto@scura.com;ralrehaili@scura.com;nrincon |
| Denise E. Carlon | on behalf of Creditor MIDFIRST BANK dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Matthew K. Fissel | on behalf of Creditor MIDFIRST BANK bkgroup@kmllawgroup.com matthew.fissel@brockandscott.com |
| Mercedes Diego | on behalf of Debtor Eileen Cruz md@njlawfirm.com jwh@njlawfirm.com |

Ross J. Switkes
        on behalf of Creditor LX Financial  LLC rswitkes@shermansilverstein.com

U.S. Trustee
        USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 7