MERCEDES DIEGO
COHN LIFLAND PEARLMAN HERRMANN
KNOPF,LLP
250 PEHLE AVENUE, SUITE 401
SADDLE BROOK, NJ 07663

Re: EILEEN CRUZ
140 W. GREENBROOK RD.
CALDWELL, NJ 07006

Atty: MERCEDES DIEGO
COHN LIFLAND PEARLMAN HERRMANN
KNOPF,LLP
250 PEHLE AVENUE, SUITE 401
SADDLE BROOK, NJ 07663

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEW JERSEY**

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/15/2026**
**Chapter 13 Case # 25-16446**

## RECEIPTS AS OF 01/15/2026

(Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 07/22/2025 | $1,287.00 | | 08/22/2025 | $1,287.00 | |
| 09/22/2025 | $1,287.00 | | 10/22/2025 | $1,287.00 | |
| 11/24/2025 | $1,682.00 | | 12/22/2025 | $1,682.00 | |

**Total Receipts: $8,512.00 - Amount Refunded to Debtor: $0.00 = Receipts Applied to Plan: $8,512.00**

## LIST OF PAYMENTS TO CLAIMS AS OF 01/15/2026

(Please Read Across)

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 472.11 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | 103 FABYAN PL LLC | (NEW) Prepetition A | 0.00 | 100.00% | 0.00 | 0.00 |
| 0002 | 7188322 LLC | (NEW) Prepetition A | 70,500.00 | 100.00% | 0.00 | 0.00 |
| 0003 | ACURA FINANCIAL SERVICES | UNSECURED | 1,681.11 | 0.00% | 0.00 | 0.00 |
| 0004 | AIDVANTAGE | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0005 | ANGELO COCUZZA | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0007 | BANK OF AMERICA | UNSECURED | 9,244.14 | 0.00% | 0.00 | 0.00 |
| 0008 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 2,940.99 | 0.00% | 0.00 | 0.00 |
| 0009 | CARLOS VARGAS | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0010 | RESURGENT CAPITAL SERVICES | UNSECURED | 2,188.55 | 0.00% | 0.00 | 0.00 |
| 0011 | QUANTUM3 GROUP LLC | UNSECURED | 2,006.07 | 0.00% | 0.00 | 0.00 |
| 0012 | CAPITAL ONE NA SUCESSOR BY MERGEI | UNSECURED | 6,007.36 | 0.00% | 0.00 | 0.00 |
| 0013 | CITIBANK NA | UNSECURED | 3,297.93 | 0.00% | 0.00 | 0.00 |
| 0014 | ENT AND ALLERGY ASSOCIATES, LLP | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0015 | EINHORN, BARBARITO, FROST & BOTWI | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0016 | FREEDOMROAD FINANCIAL | VEHICLE SECURI | 4,798.40 | 100.00% | 0.00 | 0.00 |

**Chapter 13 Case # 25-16446**

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| 0017 | IMAGING SUBSPECIALISTS OF NORTH JE | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0018 | INDEBTED USA, INC. | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0020 | JPMORGAN CHASE BANK NA | UNSECURED | 10,261.23 | 0.00% | 0.00 | 0.00 |
| 0023 | ASHLEY FUNDING SERVICES, LLC | UNSECURED | 22.29 | 0.00% | 0.00 | 0.00 |
| 0024 | CITIBANK NA | UNSECURED | 602.79 | 0.00% | 0.00 | 0.00 |
| 0027 | MIDLAND CREDIT MANAGEMENT INC | UNSECURED | 1,895.98 | 0.00% | 0.00 | 0.00 |
| 0028 | MIDFIRST BANK | (NEW) Prepetition A | 5,623.45 | 100.00% | 0.00 | 0.00 |
| 0030 | NATALIE DE LA CRUZ | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0032 | NEW DIRECTION IRA, INC. FBO | (NEW) Prepetition A | 35,000.00 | 100.00% | 0.00 | 0.00 |
| 0033 | NORTH AMERICAN PARTNERS IN ANESTI | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0034 | PSE&G | UNSECURED | 10,711.10 | 0.00% | 0.00 | 0.00 |
| 0035 | SBA | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0036 | SECRETARY OF HOUSING AND URBAN D | (NEW) Prepetition A | 0.00 | 100.00% | 0.00 | 0.00 |
| 0037 | ST. JOSEPH'S HEALTH | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0038 | ST. JOSEPH'S MEDICAL GROUP | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0039 | SURGICAL CENTER OF CEDAR KNOLLS | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0040 | JEFFERSON CAPITAL SYSTEMS LLC | UNSECURED | 723.79 | 0.00% | 0.00 | 0.00 |
| 0041 | JEFFERSON CAPITAL SYSTEMS LLC | UNSECURED | 3,852.73 | 0.00% | 0.00 | 0.00 |
| 0042 | TARUN MEHTA | (NEW) Prepetition A | 47,580.32 | 100.00% | 0.00 | 0.00 |
| 0045 | UNIVERSITY SPINE CENTER WAYNE | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0046 | QUANTUM3 GROUP LLC | UNSECURED | 29,211.79 | 0.00% | 0.00 | 0.00 |
| 0047 | UPSTART NETWORK INC. | UNSECURED | 8,619.49 | 0.00% | 0.00 | 0.00 |
| 0050 | AIDVANTAGE | UNSECURED | 62,166.97 | 0.00% | 0.00 | 0.00 |
| 0051 | AIDVANTAGE | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0052 | AIDVANTAGE | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0053 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 2,656.84 | 0.00% | 0.00 | 0.00 |
| 0054 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 1,816.72 | 0.00% | 0.00 | 0.00 |
| 0055 | QUANTUM3 GROUP LLC | UNSECURED | 1,518.63 | 0.00% | 0.00 | 0.00 |
| 0056 | JPMORGAN CHASE BANK NA | UNSECURED | 1,450.45 | 0.00% | 0.00 | 0.00 |
| 0057 | RESURGENT RECEIVABLES LLC | UNSECURED | 2,300.51 | 0.00% | 0.00 | 0.00 |
| 0058 | JEFFERSON CAPITAL SYSTEMS LLC | UNSECURED | 1,525.57 | 0.00% | 0.00 | 0.00 |
| 0059 | US DEPARTMENT OF HOUSING AND URB | (NEW) Prepetition A | 0.00 | 0.00% | 0.00 | 0.00 |
| 0060 | ONEMAIN | UNSECURED | 9,074.94 | 0.00% | 0.00 | 0.00 |
| 0061 | HYUNDAI LEASE TITLING TRUST | VEHICLE SECURI | 0.00 | 100.00% | 0.00 | 0.00 |
| 0062 | TOYOTA MOTOR CREDIT CORPORATION | VEHICLE SECURI | 0.00 | 0.00% | 0.00 | 0.00 |
| 0063 | ASHLEY FUNDING SERVICES, LLC | UNSECURED | 5.08 | 0.00% | 0.00 | 0.00 |
| 0064 | ASHLEY FUNDING SERVICES, LLC | UNSECURED | 18.26 | 0.00% | 0.00 | 0.00 |
| 0065 | ASHLEY FUNDING SERVICES, LLC | UNSECURED | 83.69 | 0.00% | 0.00 | 0.00 |
| 0066 | ASHLEY FUNDING SERVICES, LLC | UNSECURED | 6.91 | 0.00% | 0.00 | 0.00 |
| 0067 | RESURGENT CAPITAL SERVICES | UNSECURED | 5.02 | 0.00% | 0.00 | 0.00 |

**Total Paid: $472.11**
See Summary

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed , to and including: January 16, 2026.

Receipts: $8,512.00 - Paid to Claims: $0.00 - Admin Costs Paid: $472.11 = Funds on Hand: $8,039.89

****NOTE**: THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE. ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.