UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| In Re: | Case No.: | 25-16446(VFP) |
| EILEEN CRUZ, | Chapter: | 13 |
| | Judge: | Vincent F. Papalia |
| Debtor. | | |

## NOTICE OF PROPOSED PRIVATE SALE

__Eileen Cruz__, __Debtor__, in this case proposes to sell property of the estate to the persons and on the terms described below. If you object to the sale, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party listed below not later than 7 days before the hearing date.

> Address of the Clerk: 50 Walnut Street
> Newark, NJ 07102

If an objection is filed, a hearing will be held before the Honorable __Vincent F. Papalia__ on __March 5, 2026__ at __10:00__ a.m. at the United States Bankruptcy Court, courtroom no. __3B__, __50 Walnut Street, Newark, NJ 07102__. (Hearing date must be at least 28 days from the date of this notice). If no objection to the sale is filed, the clerk will enter a Certification of No Objection and the sale will be held as proposed.

> Description of property to be sold:
>
> 140 W. Greenbrook Rd., North Caldwell, New Jersey -and-
> 52 Greenbrook Rd., Fairfield, New Jersey

> Proposed Purchaser:
>
> William Zisa

> Sale price:
> $726,804.00 with a credit at closing of $21,804 for a net price in the amount of $705,000.

☒ Pursuant to D.N.J. LBR 6004-5, I request to pay the real estate broker and/or real estate attorney at closing on the terms set forth below.

> Name of Professional: Liberty Realty, LLC n/k/a Corcoran Sawyer Smith (Listing Agent)
>
> Amount to be paid: 21,804.12 (3%)
>
> Services rendered: Marketing the property for sale
>
> Name of Professional: Compass New Jersey (buyer's agent)
> Amount to be paid: $14,536.08 (2%)
>
> Name of Professional: Cohn Lifland Pearlman Herrmann & Knopf LLP
> Amount to be paid: $2,500 for legal fees relating to closing

Higher and better offers will be received. They must be in writing and filed with the clerk not later than 7 days before the hearing date set forth above.

Objections must be served on, and requests for additional information directed to:

Name:        Mercedes Diego, Esq., Cohn Lifland Pearlman Herrmann & Knopf LLP

Address:      Park 80 West - Plaza One, 250 Pehle Ave., Suite 401, Saddle Brook, NJ 07663

Telephone No.:  (201)845-9600

*rev.8/1/15*