UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

COHN LIFLAND PEARLMAN
 HERRMANN & KNOPF LLP
Attorneys for Debtor
Park 80 West-Plaza One
250 Pehle Avenue, Suite 401
Saddle Brook, New Jersey 07663
(201)845-9600
Our File: 40,716-1

In Re:

 EILEEN CRUZ,

                    Debtor.

Case No.: _____25-16446_____

Chapter: _____13_____

Adv. No.: _____

Hearing Date: _____March 5, 2026_____

Judge: ____Vincent F. Papalia____

## CERTIFICATION OF SERVICE

1.  I, _Barbara K. Blumberg_____ :

☐ represent _____ in this matter.

☒ am the secretary/paralegal for __Cohn Lifland Pearlman Herrmann & Knopf LLP_____, who represents

_Debtor_____ in this matter.

☐ am the _____ in this case and am representing myself.

2.      On _February 3, 2026,_ I sent a copy of the following pleadings and/or documents

to the parties listed in the chart below:

Notice of Proposed Private Sale; Notice of Debtor's Motion (i) Approving the Sale of Real Property Free and Clear of all Existing Liens and Other Relief; Certifications of Eileen Cruz and Mercedes Diego, Esq., proposed Order Granting Debtor's Motion and this Certification of Service.

3.      I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

 /s/Barbara K. Blumberg_____

Dated: February 3, 2026          Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Marie-Ann Greenberg<br>Chapter 13 Standing Trustee<br>30 Two Bridges Rd.<br>Suite 330<br>Fairfield, NJ 07004 | Chapter 13 Standing Trustee | ☐ Hand-delivered<br><br>☐ Regular mail<br><br>☐ Certified mail/RR<br><br>☒ Other __ECF on Feb. 2, 2026__<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Eileen Cruz<br>140 W. Greenbrook Rd.<br>N. Caldwell, NJ 07006 | Debtor | ☐ Hand-delivered<br><br>☐ Regular mail<br><br>☐ Certified mail/RR<br><br>☒ Other __email__<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Michael S. Ackerman, Esq.<br>Waterview Plaza<br>2001 Route 46, Suite 310<br>Parsippany, NJ 07054 | Attorneys for Creditor Tarun Metha | ☐ Hand-delivered<br><br>☒ Regular mail<br><br>☐ Certified mail/RR<br><br>☒ Other __ECF on Feb. 2, 2026__<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Registered Agents, Inc.<br>c/o New Direction IRA, Inc.<br>1500 N. Grant St., Ste R<br>Denver, CO 80203 | Secured Creditor | ☐ Hand-delivered<br><br>☐ Regular mail<br><br>☐ Certified mail/RR<br><br>☒ Other __Federal Express__<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| New Direction IRA, Inc.<br>1070 W. Century Dr.<br>Louisville, CO 80027<br>Attn: President, Officer, Managing<br>or General Agent | Secured Creditor | ☐ Hand-delivered<br><br>☐ Regular mail<br><br>☐ Certified mail/RR<br><br>☒ Other __Federal Express__<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| U.S. Dept. of Housing<br>And Urban Development<br>26 Federal Plaza, Suite 3541<br>New York, NY 10278 | Secured Creditor | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other __Federal Express__<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| U.S Dept. of Housing<br>And Urban Development<br>ISN Corporation<br>2000 N. Classen Blvd, Suite 3200<br>Oklahoma City, OK 73106 | Secured Creditor | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other __Federal Express__<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| 103 Fabyan PL LLC<br>c/o Yoel Blum, Registered Agent<br>831 Bedford Ave., Suite 87<br>Brooklyn, NY 11205 | Secured Creditor | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other __Federal Express__<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| MidFirst Bank<br>Denise Carlon, Esq.<br>KML Law Group, P.C.<br>701 Market St., Suite 5000<br>Philadelphia, PA 19106 | Secured Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other __via ECF on Feb. 2, 2026__<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Angelo Cocuzza<br>2 Llewellyn Place<br>West Orange, NJ 07052 | Unsecured Creditor<br>Re: ESX J-044523-24 | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Juan Cruz<br>478 Homestead Pl.<br>Union, NJ 07083 | Co-debtor for certain liens | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Natalie De La Cruz<br>295 Harding Ave.<br>Clifton, NJ 07011 | Co-debtor for certain liens | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Natalie De La Cruz<br>c/o Torres Legal LLC<br>129 Prospect Street<br>Passaic, NJ 07055 | Attorney for Natalie De La Cruz | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Angelo Cocuzza<br>c/o Steven M. Greenberg, Esq.<br>411 Pompton Avenue<br>Cedar Grove, NJ 07009 | Attorney for Creditor Angelo Cocuzza<br><br>re: ESX L-6877-23<br>ESX J-44523-24 | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Amanda Corry<br>Compass New Jersey<br>113 Grove Street<br>Montclair, NJ 07042 | Realtor for Buyer | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other _via email_____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Michael Klein<br>Liberty Realty, LLC<br>1 Marine View Plaza<br>Suite 100<br>Hoboken, NJ 07030 | Listing Broker | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other __via email_____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| David Stevens, Esq.<br>SCURA, WIGFIELD, HEYER,<br>STEVENS & CAMMAROTA, LLP<br>1599 Hamburg Turnpike<br>Wayne, New Jersey 07470 | Attorneys for Secured Creditor 103 Fabyan PL, LLC | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other via ECF on Feb. 2, 2026<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |