UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| In Re: | Case No.: __25-16446(VFP)__ |
| EILEEN CRUZ, | Chapter: ____13____ |
| | Judge: __Vincent F. Papalia__ |
| Debtor. | |

### NOTICE OF PROPOSED PRIVATE SALE

__Eileen Cruz__, __Debtor__, in this case proposes to sell property of the estate to the persons and on the terms described below. If you object to the sale, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party listed below not later than 7 days before the hearing date.

Address of the Clerk:  50 Walnut Street
Newark, NJ 07102

If an objection is filed, a hearing will be held before the Honorable __Vincent F. Papalia__ on __March 5, 2026__ at __10:00__ a.m. at the United States Bankruptcy Court, courtroom no. __3B__, __50 Walnut Street, Newark, NJ 07102__. (Hearing date must be at least 28 days from the date of this notice). If no objection to the sale is filed, the clerk will enter a Certification of No Objection and the sale will be held as proposed.

Description of property to be sold:

140 W. Greenbrook Rd., North Caldwell, New Jersey -and-
52 Greenbrook Rd., Fairfield, New Jersey

Proposed Purchaser:

William Zisa

Sale price:
$726,804.00 with a credit at closing of $21,804 for a net price in the amount of $705,000.

☒ Pursuant to D.N.J. LBR 6004-5, I request to pay the real estate broker and/or real estate attorney at closing on the terms set forth below.

Name of Professional:  Liberty Realty, LLC n/k/a Corcoran Sawyer Smith (Listing Agent)

Amount to be paid: 21,804.12 (3%)

Services rendered: Marketing the property for sale

Name of Professional:  Compass New Jersey (buyer's agent)
Amount to be paid: $14,536.08 (2%)

Name of Professional: Cohn Lifland Pearlman Herrmann & Knopf LLP
Amount to be paid: $2,500 for legal fees relating to closing

Higher and better offers will be received. They must be in writing and filed with the clerk not later than 7 days before the hearing date set forth above.

Objections must be served on, and requests for additional information directed to:

Name:        Mercedes Diego, Esq., Cohn Lifland Pearlman Herrmann & Knopf LLP

Address:      Park 80 West - Plaza One, 250 Pehle Ave., Suite 401, Saddle Brook, NJ 07663

Telephone No.:  (201)845-9600

*rev.8/1/15*

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 25-16446-VFP |
| Eileen Cruz | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 4 |
| Date Rcvd: Feb 03, 2026 | Form ID: pdf905 | Total Noticed: 75 |

The following symbols are used throughout this certificate:

**Symbol      Definition**

+           Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^           Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 05, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Eileen Cruz, 140 W. Greenbrook Rd., Caldwell, NJ 07006-4731 |
| aty | + | Michael S. Ackerman, Law Office of Michael S. Ackerman, Waterview Plaza, 2001 Route 46 Suite 310, Parsippany, NJ 07054-1315 |
| cr | + | 103 Fabyan PL LLC, Yoel Blum, 831 Bedford Ave., Ste 87, Brooklyn, NY 11205-2801 |
| r | + | Michael Klein, Michael Klein, Liberty Realty LLC, Liberty Realty, LLC, One Marine View Plaza, Hoboken, NJ 07030-5725 |
| cr | + | Tarun Mehta, c/o Law Offices of Michael S. Ackerman,, 2001 Route 46 Suite 310, Waterview Plaza, Parsippany,, NJ 07054 US 07054-1315 |
| 520697925 | + | 103 Fabyan PL LLC, c/o Yoel Blum,, 831 Bedford Avenue,, Suite 87,, Brooklyn, NY 11205-2801 |
| 520697926 | + | 7188322 LLC, LX Financial LLC, 150 West 80th Street, Apt. 5D, New York, NY 10024-6312 |
| 520697930 | + | Angelo Cocuzza, c/o Steven M. Greenberg, Esq., 411 Pompton Ave., Cedar Grove, NJ 07009-1800 |
| 520697929 | + | Angelo Cocuzza, 2 Llewellyn Place, West Orange, NJ 07052-5402 |
| 520697933 | + | Carlos Vargas, 24 Pluto Lane, Modena, NY 12548-5145 |
| 520697939 | + | ENT and Allergy Associates, LLP, PO Box 5001, White Plains, NY 10602-5001 |
| 520697938 | + | Einhorn, Barbarito, Frost & Botwinick, Emily Z. Deyring, Esq., 165 E. Main St., PO Box 3010, Belvidere, NJ 07834-3010 |
| 520697941 | + | Imaging Subspecialists of North Jersey, PO Box 3607, Evansville, IN 47735-3607 |
| 520697943 | + | Jonathan Cruz, 140 Greenbrook Rd., Caldwell, NJ 07006-4731 |
| 520697945 | + | Juan Cruz, 478 Homestead Place,, Union, NJ 07083-7337 |
| 520697946 | + | Kia Financial, PO Box 660891, Dallas, TX 75266-0891 |
| 520697950 | + | MidFirst Midland Mortgage, PO Box 268959, Oklahoma City, OK 73126-8959 |
| 520697954 | + | Natalie De La Cruz, 295 Harding Avenue, Clifton, NJ 07011-3129 |
| 520697953 | + | Natalie De La Cruz, c/o Torres Legal LLC, 129 Prospect Street, Passaic, NJ 07055-4987 |
| 520697956 | + | New Direction IRA, Inc. FBO, 1070 West Century Drive, Suite 101, Louisville, CO 80027-1657 |
| 520697957 | + | North American Partners in Anesthesia, PO Box 200596, Dallas, TX 75320-0596 |
| 520697961 | + | St. Joseph's Health, PO Box 32025, New York, NY 10087-2025 |
| 520697962 | + | St. Joseph's Medical Group, PO Box 22773, New York, NY 10087-0001 |
| 520697963 | + | Surgical Center of Cedar Knolls, 197 Ridgedale Ave., Suite 100, Cedar Knolls, NJ 07927-2111 |
| 520697966 | + | Tarun Mehta, 2 Marianne Place, Parsippany, NJ 07054-2339 |
| 520697967 | + | Tenares Investment LLC, 140 West Greenbrook Rd., Caldwell, NJ 07006-4731 |
| 520697968 | + | University Spine Center Wayne, 504 Valley Road, Suite 203, Wayne, NJ 07470-3534 |

TOTAL: 27

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | Email/Text: usanj.njbankr@usdoj.gov | Feb 03 2026 20:52:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + Email/Text: ustpregion03.ne.ecf@usdoj.gov | Feb 03 2026 20:52:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 520771041 | Email/Text: ebnbankruptcy@ahm.honda.com | Feb 03 2026 20:52:00 | Acura Financial Services, National Bankruptcy Center, P.O. Box 168088, Irving, TX 75016-8088 |
| 520697927 | Email/Text: ebnbankruptcy@ahm.honda.com | Feb 03 2026 20:52:00 | Acura Financial Services, PO Box 7829, Philadelphia, PA 19101 |
| 520697928 | + Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com | Feb 03 2026 21:09:24 | Aidvantage, Attn: Bankruptcy, Po Box 300001, |

District/off: 0312-2 — User: admin — Page 2 of 4

Date Rcvd: Feb 03, 2026 — Form ID: pdf905 — Total Noticed: 75

| ID | | Method / Email | Date/Time | Name / Address |
|---|---|---|---|---|
| | | | | Greenville, TX 75403-3001 |
| 520809961 | + | Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com | Feb 03 2026 21:09:43 | Aidvantage on behalf of, Dept of Education, PO Box 300001, Greenville Tx 75403-3001 |
| 520781941 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 03 2026 21:09:28 | Ashley Funding Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520697931 | | Email/Text: BAC_CreditCard_BNC_Emails@g2risksolutions.com | Feb 03 2026 20:51:00 | Bank of America, Attn: Bankruptcy,, PO Box 672050,, Dallas, TX 75267-2050 |
| 520776439 | | Email/Text: BAC_CreditCard_BNC_Emails@g2risksolutions.com | Feb 03 2026 20:51:00 | Bank of America, N.A., PO Box 673033, Dallas, TX 75267-3033 |
| 520697932 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 03 2026 21:09:21 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 520706878 | | Email/Text: mrdiscen@discover.com | Feb 03 2026 20:51:00 | Capital One, N.A., successor by merger to Discover, PO Box 3025, New Albany, OH 43054-3025 |
| 520770457 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 03 2026 21:09:51 | Citibank N.A., Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 520697934 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 03 2026 21:09:31 | Citibank/The Home Depot, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, St Louis, MO 63179-0040 |
| 520697935 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Feb 03 2026 20:52:00 | Comenity Bank, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 520697937 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 03 2026 21:10:09 | Dsnb Bloomingdales, Attn: Bankruptcy, Po Box 8053, Mason, OH 45040 |
| 520697948 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 03 2026 21:09:51 | Macy's/ DSNB, Atytn: Bankruptcy, 701 E. 60th Street North, Sioux Falls, SD 57104 |
| 520697936 | + | Email/Text: mrdiscen@discover.com | Feb 03 2026 20:51:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 520697940 | + | Email/Text: bkservices@frf1.com | Feb 03 2026 20:53:00 | Freedom Road Financial, Attn: Bankruptcy, 10509 Professional Circle, Suite 100, Reno, NV 89521-4883 |
| 520753840 | + | Email/Text: bkservices@frf1.com | Feb 03 2026 20:53:00 | FreedomRoad Financial, 10509 Professional Circle Ste 100, Reno, NV 89521-4883 |
| 520752090 | + | Email/Text: Hcabankruptcy-courtnotices@hcamerica.com | Feb 03 2026 20:53:00 | Hyundai Lease Titling Trust, P.O. Box 20825, Fountain Valley, CA 92728-0825 |
| 520697942 | ^ | MEBN | Feb 03 2026 20:51:59 | InDebted USA, Inc., PO Box 1201, Farmington, MO 63640-4128 |
| 520771116 | | Email/Text: JCAP_BNC_Notices@jcap.com | Feb 03 2026 20:53:00 | Jefferson Capital Systems, LLC, PO BOX 7999, SAINT CLOUD, MN 56302-9617 |
| 520761345 | + | Email/Text: RASEBN@raslg.com | Feb 03 2026 20:51:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., Robertson, Anschutz, Schneid,, Crane & Partners, PLLC, 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 520697944 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Feb 03 2026 21:09:21 | Jpmcb, MailCode LA4-7100, 700 Kansas Lane, Monroe, LA 71203-4774 |
| 520697947 | | Email/Text: govtaudits@labcorp.com | Feb 03 2026 20:52:00 | Labcorp, PO Box 2240, Burlington, NC 27216 |
| 520789322 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 03 2026 21:09:51 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520697949 | ^ | MEBN | Feb 03 2026 20:50:09 | Mazda Financial Svc., PO Box 74689, Chicago, IL 60675-4689 |
| 520779822 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | Feb 03 2026 21:09:21 | MidFirst Bank, 999 NorthWest Grand Boulevard, Oklahoma City, OK 73118-6051 |

| | | | |
|---|---|---|---|
| District/off: 0312-2 | | User: admin | Page 3 of 4 |
| Date Rcvd: Feb 03, 2026 | | Form ID: pdf905 | Total Noticed: 75 |

| | | | |
|---|---|---|---|
| 520697951 | + Email/Text: bankruptcydpt@mcmcg.com | Feb 03 2026 20:52:00 | Midland Credit Management, Comenity Capital Bank/Floor & Decor, 350 Carmino De La Reina, Suite 100, San Diego, CA 92108-3007 |
| 520776303 | + Email/Text: bankruptcydpt@mcmcg.com | Feb 03 2026 20:52:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 520697952 | + Email/PDF: ais.midfirst.ebn@aisinfo.com | Feb 03 2026 21:09:22 | Midland Mortgage Co, Attn: Customer Service/Bankruptcy, Po Box 26648, Oklahoma City, OK 73126-0648 |
| 520697955 | Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com | Feb 03 2026 21:09:43 | Navient, Advantage, Federal Student Loan Aid Servicing,, PO Box 300001,, Greenville, TX 75403-3001 |
| 520746633 | + Email/PDF: cbp@omf.com | Feb 03 2026 21:09:58 | OneMain Financial Group, LLC, PO Box 3251, Evansville, IN 47731-3251 |
| 520790517 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 03 2026 21:09:44 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 520697958 | ^ MEBN | Feb 03 2026 20:50:09 | PSE&G & Co., PO Box 14444, New Brunswick, NJ 08906-4444 |
| 520783440 | Email/Text: bnc-quantum@quantum3group.com | Feb 03 2026 20:52:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 520771557 | Email/Text: bnc-quantum@quantum3group.com | Feb 03 2026 20:52:00 | Quantum3 Group LLC as agent for, Crown Asset Management LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 520785815 | Email/PDF: resurgentbknotifications@resurgent.com | Feb 03 2026 21:09:26 | Resurgent Receivables, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520697959 | + Email/Text: bankruptcynotices@sba.gov | Feb 03 2026 20:52:00 | SBA, US Business Administration, 2 Gateway Center, Suite 1002, Newark, NJ 07102-5006 |
| 520697960 | + Email/PDF: OGCRegionIIBankruptcy@hud.gov | Feb 03 2026 21:10:03 | Secretary of Housing and Urban Devel, 451 Seventh Street SW, Washington, DC 20410-0001 |
| 520697964 | + Email/PDF: ais.sync.ebn@aisinfo.com | Feb 03 2026 21:09:57 | Syncb/jcrew, Attn: Bankruptcy, Po Box 965064, Orlando, FL 32896-5064 |
| 520697965 | + Email/PDF: ais.sync.ebn@aisinfo.com | Feb 03 2026 21:09:57 | Synchrony Bank, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 520774655 | ^ MEBN | Feb 03 2026 20:51:11 | Toyota Lease Trust, c/o Toyota Motor Credit Corporation, P.O. Box 330, Williamsville, New York 14231-0330 |
| 520699837 | Email/PDF: OGCRegionIIBankruptcy@hud.gov | Feb 03 2026 21:10:03 | U.S. Department of Housing and Urban Development, 26 Federal Plaza, Suite 3541, New York, NY 10278 |
| 520697969 | + Email/Text: UpStart@ebn.phinsolutions.com | Feb 03 2026 20:52:00 | Upstart Finance, 2 Circle Star Way, San Carlos, CA 94070-6200 |
| 520697970 | + Email/Text: UpStart@ebn.phinsolutions.com | Feb 03 2026 20:52:00 | Upstart Finance, Attn: Bankruptcy, Po Box 1503, San Carlos, CA 94070-7503 |
| 520703284 | + Email/Text: peritus@ebn.phinsolutions.com | Feb 03 2026 20:53:00 | Upstart Network, Inc, c/o Peritus Portfolio Services II, LLC, P.O. Box 1149, GRAPEVINE TX 76099-1149 |
| 520697971 | + Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Feb 03 2026 20:51:00 | Verizon Wireless Services, One Verizon Way, Basking Ridge, NJ 07920-1097 |

TOTAL: 48

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

District/off: 0312-2              User: admin                  Page 4 of 4

Date Rcvd: Feb 03, 2026              Form ID: pdf905            Total Noticed: 75

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 520790219 | *+ | 103 Fabyan PL LLC, c/o Yoel Blum, 831 Bedford Avenue, Suite 87, Brooklyn, NY 11205-2801 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 05, 2026             Signature:         /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 2, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| David L. Stevens | on behalf of Creditor 103 Fabyan PL LLC dstevens@scura.com dstevens@scura.com;ecfbkfilings@scuramealey.com;pevangelista@scura.com;amurphy@scura.com;vmajano@scura.com;jromero@scura.com;spereyra@scura.com;dwoody@scura.com;asoto@scura.com;ralrehaili@scura.com;MOuesla |
| Denise E. Carlon | on behalf of Creditor MIDFIRST BANK dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Matthew K. Fissel | on behalf of Creditor MIDFIRST BANK bkgroup@kmllawgroup.com  matthew.fissel@brockandscott.com |
| Mercedes Diego | on behalf of Debtor Eileen Cruz md@njlawfirm.com  jwh@njlawfirm.com |
| Ross J. Switkes | on behalf of Creditor LX Financial  LLC rswitkes@shermansilverstein.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 7