Order Filed on February 17, 2026
by Clerk
U.S. Bankruptcy Court
District of New Jersey

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**
COHN LIFLAND PEARLMAN
  HERRMANN & KNOPF LLP
Attorneys for Debtor, Eileen Cruz
Park 80 West-Plaza One
250 Pehle Avenue, Suite 401
Saddle Brook, New Jersey 07663
 (201)845-9600
Our File: 41,845-0

| | |
|---|---|
| In Re: | Case No.: 25-16446-VFP |
| EILEEN CRUZ, | Chapter 13 |
| Debtor. | Judge:  Vincent F. Papalia |

## CONSENT ORDER REGARDING THE CLAIM OF TARUN MEHTA

The relief set forth on the following pages, numbered two (2) through four (4) is hereby **ORDERED**.

**DATED: February 17, 2026**

_____
**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

Page 2
Debtor:      EILEEN CRUZ
Case No.:    25-16446 (VFP)
Caption of Order:    **CONSENT ORDER REGARDING THE CLAIM OF TARUN MEHTA**

---

This matter having been brought before the Court by COHN LIFLAND PEARLMAN HERRMANN & KNOPF LLP, attorneys for debtor Eileen Cruz ("Debtor"), with the consent of creditor, Tarun Mehta ("Mehta"); and

WHEREAS, Tarun Mehta is a creditor of Debtor in connection with a mortgage note ("Note") dated September 27, 2017 in the amount of $27,000 and filed a Proof of Claim in Debtor's bankruptcy (Claim No. 36) in the amount of $47,580.32; and

WHEREAS, according to Tarun Mehta's Proof of Claim, Tarun Mehta also holds a third mortgage on the Debtors' residence (Claim No. 36, at Mortgage Exhibit);

WHEREAS Tarun Mehta has received payments on the Note in the amount of $38,413; and

WHEREAS, Debtor disputes the amount and secured status of Tarun Mehta's claim and believes the loan is in violation of NJSA §31:1-3 and therefore Tarun Mehta is not entitled to any interest; and

WHEREAS, on October 22, 2025, Debtor filed a motion to expunge the claim of Tarun Mehta and reduce it to zero (the "Expungement Motion") (Doc No. 59), which Tarun Mehta has opposed (Doc No. 74); and

WHEREAS, Debtor and Tarun Mehta have agreed upon a consensual resolution of the Expungement Motion; and

WHEREAS, Tarun Mehta has agreed to reduce its proof of claim to zero dollars in full satisfaction of the mortgage contained in Tarun Mehta's Proof of Claim and of any and all

Page 3
Debtor:      EILEEN CRUZ
Case No.:    25-16446 (VFP)
Caption of Order:    **CONSENT ORDER REGARDING THE CLAIM OF TARUN
MEHTA**

---

mortgages, security agreements, etc., securing this note, including the mortgage on Debtor's residence - as to Debtor only; and

WHEREAS, Tarun Mehta reserves the right to proceed against the other borrowers of the mortgage note; and

WHEREAS, Debtor agrees to waive her claim to the interest paid to date in the amount $11,413.00; and for good cause shown:

It is ORDERED as follows:

1.    Tarun Mehta's proof of claim, Claim # 36, is hereby expunged in its entirety and reduced to $0.

2.    Tarun Mehta shall provide a discharge of mortgage to Debtor's counsel for recording within thirty (30) days of the anticipated closing date for the sale of the property.

3.    Tarun Mehta's claims against the remaining co-borrowers, other than Debtor, are preserved.

4.    If Debtor's bankruptcy case is dismissed, this Consent Order will automatically be vacated and the parties' claims and defenses with respect to Claim # 36 shall revert to the status quo that existed prior to the entry of this Consent Order, except that, if the property is sold, the discharge of mortgage will remain in force.

Page 4
Debtor:      EILEEN CRUZ
Case No.:    25-16446 (VFP)
Caption of Order:    **CONSENT ORDER REGARDING THE CLAIM OF TARUN
MEHTA**

---

We hereby consent to the form and substance
of the within Order:

COHN LIFLAND PEARLMAN                    LAW OFFICES OF
 HERRMANN & KNOPF LLP                     MICHAEL S. ACKERMAN, LLC
Attorneys for Debtor                     Attorneys for Tarun Mehta


By: *Mercedes Diego*                     By: _____
    Mercedes Diego                           Michael S. Ackerman