**Order Filed on February 17, 2026
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT <br> DISTRICT OF NEW JERSEY <br> **Caption in Compliance with D.N.J. LBR 9004-2(c)** <br> COHN LIFLAND PEARLMAN <br>  HERRMANN & KNOPF LLP <br> Attorneys for Debtor, Eileen Cruz <br> Park 80 West-Plaza One <br> 250 Pehle Avenue, Suite 401 <br> Saddle Brook, New Jersey 07663 <br>  (201)845-9600 <br> Our File: 41,845-0 | |
| In Re: <br><br> EILEEN CRUZ, <br><br>                    Debtor. | Case No.: 25-16446-VFP <br><br> Chapter 13 <br><br> Judge:  Vincent F. Papalia |

## CONSENT ORDER REGARDING THE CLAIM OF TARUN MEHTA

The relief set forth on the following pages, numbered two (2) through four (4) is hereby **ORDERED**.

**DATED: February 17, 2026**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

Page 2
Debtor:     EILEEN CRUZ
Case No.:   25-16446 (VFP)
Caption of Order:     **CONSENT ORDER REGARDING THE CLAIM OF TARUN
MEHTA**

---

This matter having been brought before the Court by COHN LIFLAND PEARLMAN

HERRMANN & KNOPF LLP, attorneys for debtor Eileen Cruz ("Debtor"), with the consent of

creditor, Tarun Mehta ("Mehta"); and

WHEREAS, Tarun Mehta is a creditor of Debtor in connection with a mortgage note

("Note") dated September 27, 2017 in the amount of $27,000 and filed a Proof of Claim in

Debtor's bankruptcy (Claim No. 36) in the amount of $47,580.32; and

WHEREAS, according to Tarun Mehta's Proof of Claim, Tarun Mehta also holds a third

mortgage on the Debtors' residence (Claim No. 36, at Mortgage Exhibit);

WHEREAS Tarun Mehta has received payments on the Note in the amount of $38,413;

and

WHEREAS, Debtor disputes the amount and secured status of Tarun Mehta's claim and

believes the loan is in violation of NJSA §31:1-3 and therefore Tarun Mehta is not entitled to any

interest; and

WHEREAS, on October 22, 2025, Debtor filed a motion to expunge the claim of Tarun

Mehta and reduce it to zero (the "Expungement Motion") (Doc No. 59), which Tarun Mehta has

opposed (Doc No. 74); and

WHEREAS, Debtor and Tarun Mehta have agreed upon a consensual resolution of the

Expungement Motion; and

WHEREAS, Tarun Mehta has agreed to reduce its proof of claim to zero dollars in full

satisfaction of the mortgage contained in Tarun Mehta's Proof of Claim and of any and all

Page 3
Debtor:      EILEEN CRUZ
Case No.:    25-16446 (VFP)
Caption of Order:    **CONSENT ORDER REGARDING THE CLAIM OF TARUN
                     MEHTA**

---

mortgages, security agreements, etc., securing this note, including the mortgage on Debtor's

residence - as to Debtor only; and

WHEREAS, Tarun Mehta reserves the right to proceed against the other borrowers of the

mortgage note; and

WHEREAS, Debtor agrees to waive her claim to the interest paid to date in the amount

$11,413.00; and for good cause shown:

It is ORDERED as follows:

1.      Tarun Mehta's proof of claim, Claim # 36, is hereby expunged in its entirety and

        reduced to $0.

2.      Tarun Mehta shall provide a discharge of mortgage to Debtor's counsel for

        recording within thirty (30) days of the anticipated closing date for the sale of the

        property.

3.      Tarun Mehta's claims against the remaining co-borrowers, other than Debtor, are

        preserved.

4.      If Debtor's bankruptcy case is dismissed, this Consent Order will automatically be

        vacated and the parties' claims and defenses with respect to Claim # 36 shall

        revert to the status quo that existed prior to the entry of this Consent Order, except

        that, if the property is sold, the discharge of mortgage will remain in force.

Page 4
Debtor:       EILEEN CRUZ
Case No.:     25-16446  (VFP)
Caption of Order:     **CONSENT ORDER REGARDING THE CLAIM OF TARUN
                       MEHTA**

---

We hereby consent to the form and substance
of the within Order:

COHN LIFLAND PEARLMAN                      LAW OFFICES OF
 HERRMANN & KNOPF LLP                       MICHAEL S. ACKERMAN, LLC
Attorneys for Debtor                       Attorneys for Tarun Mehta


By: _Mercedes Diego_____               By: _____
      Mercedes Diego                            Michael S. Ackerman

United States Bankruptcy Court

District of New Jersey

In re:                                                          Case No. 25-16446-VFP

Eileen Cruz                                                     Chapter 13

     Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2                     User: admin                          Page 1 of 2

Date Rcvd: Feb 17, 2026                  Form ID: pdf903                   Total Noticed: 1

The following symbols are used throughout this certificate:

**Symbol     Definition**

+               Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
                regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 19, 2026:**

**Recip ID               Recipient Name and Address**
db                      + Eileen Cruz, 140 W. Greenbrook Rd., Caldwell, NJ 07006-4731

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 19, 2026                       Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 17, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| David L. Stevens | on behalf of Creditor 103 Fabyan PL LLC dstevens@scura.com<br>dstevens@scura.com;ecfbkfilings@scuramealey.com;pevangelista@scura.com;amurphy@scura.com;vmajano@scura.com;jromero@scura.com;spereyra@scura.com;dwoody@scura.com;asoto@scura.com;ralrehaili@scura.com;MOuesla |
| Denise E. Carlon | on behalf of Creditor MIDFIRST BANK dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Matthew K. Fissel | on behalf of Creditor MIDFIRST BANK bkgroup@kmllawgroup.com  matthew.fissel@brockandscott.com |
| Mercedes Diego | on behalf of Debtor Eileen Cruz md@njlawfirm.com  jwh@njlawfirm.com |

District/off: 0312-2                          User: admin                                Page 2 of 2
Date Rcvd: Feb 17, 2026                       Form ID: pdf903                            Total Noticed: 1

Ross J. Switkes

        on behalf of Creditor LX Financial  LLC rswitkes@shermansilverstein.com

U.S. Trustee

        USTPRegion03.NE.ECF@usdoj.gov


TOTAL: 7