UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
FINESTEIN & MALLOY, L.L.C.
Russell M. Finestein, Esq. (014191981)
50 Cardinal Drive, Suite 203
Westfield, New Jersey 07090
*Attorneys for MidFirst Bank*

| | |
|---|---|
| In re:<br><br>EILEEN CRUZ,<br><br><br>Debtor. | Case No. 25-16446 (VFP)<br><br>Chapter 13<br><br>Honorable Vincent F. Papalia |

## NOTICE OF APPEARANCE AND REQUEST FOR
## SERVICE OF PAPERS ON BEHALF OF MIDFIRST BANK

TO:   THE CLERK OF THE BANKRUPTCY COURT
AND TO ALL INTERESTED PARTIES AND
THEIR RESPECTIVE ATTORNEYS OF RECORD

PLEASE TAKE NOTICE that the law firm of Finestein & Malloy, L.L.C. has been requested by MidFirst Bank to demand, pursuant to Rules 2002(g) and 9010(b) of the Federal Rules of Bankruptcy Procedure ("Bankruptcy Rules") and Section 1109(b) of Title 11, United States Code, that all notices given or required to be given in this case and all papers served or required to be served in this case, be given to and served upon the undersigned attorneys for MidFirst Bank as follows:

Russell M. Finestein, Esq.
FINESTEIN & MALLOY, LLC
50 Cardinal Drive, Suite 203
Westfield, New Jersey 07090
Tel: (973) 635-4500
Email: rfinestein@fmnjlaw.com

{00092504 / RFINEST }

PLEASE TAKE FURTHER NOTICE that the foregoing request includes not only the notices and papers referred to in the Bankruptcy Rules specified above but also includes, without limitation, all orders, notices, hearing dates, applications, motions, petitions, request, complaints, demands, replies, answers, schedules of assets and liabilities, statements of affairs, operating reports, plans of reorganization, and disclosure statements, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, courier service, delivery, telephone, telegraph, telex, electronic mail or otherwise.

FINESTEIN & MALLOY, L.L.C.
Attorneys for MidFirst Bank

By: _____ /s/ *Russell M. Finestein* _____
Russell M. Finestein

Dated: February **26**, 2026