UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
COHN LIFLAND PEARLMAN
 HERRMANN & KNOPF LLP
Attorneys for Debtor
Park 80 West-Plaza One
250 Pehle Avenue, Suite 401
Saddle Brook, New Jersey 07663
(201)845-9600
Our File: 41,845-0

In Re:

EILEEN CRUZ,

          Debtor.

Case No.: 25-16446/VFP

Chapter 13

Judge: Vincente F. Papalia

**CERTIFICATION OF
MICHAEL KLEIN IN
SUPPORT OF MOTION
TO SELL PROPERTY**

**MICHAEL KLEIN,** being of full age, hereby certify as follows:

1.      I am a realtor licensed by the State of New Jersey and am employed by Corcorran Sawyers Smith f/k/a Liberty Realtors.   I have been appointed to sell the debtor's property located at 140 W. Greenbrook Road, North Caldwell, New Jersey and the adjacent vacant land located at 52 Greenbrook Road, Fairfield, New Jersey (collectively referred to as the "Property") pursuant to the Court's Order dated July 23, 2025 (Doc. 27).

2.      I have been a licensed realtor in the State of New Jersey since 2003.   To date, I have represented over 1,570 families in the sale/purchase of real estate in the State of New Jersey.   I am also a Certified Divorce Real Estate Expert and a Certified Probate Real Estate Specialist.   I am often court appointed to sell real estate throughout the State of New Jersey.

3.      I submit this Certification in support of Debtor's motion to sell the Property.

4.      Attached is a current market analysis. See Exhibit "A."   Based on my analysis

of the real estate market, I suggested that the property be listed for $750,000.

5.      It should be noted that there is a brook that runs across the back of the Property which is located in a flood zone.   This means that flood insurance is required.   This is a separate insurance from homeowner's insurance.   The flood zone scares away a segment of buyers as it is an additional expense that can be avoided by purchasing a property that is not located in a flood zone.

6.      At the time of listing, I was also aware that the Property required a roof replacement.   This is a major expense that also scares away buyers.

7.      In addition, the home appears dated and has below normal ceiling height, which is another negative factor.

8.      The Property was listed in August 2025 for $750,000 in the New Jersey MLS, Garden State MLS and Hudson County MLS for maximum exposure.   The Property was on the market for 13 days.   During this time, I received multiple calls from realtors interested in the Property but noting that most buyers will not want to see a property located in a flood zone due to the additional cost and risk of flooding damage.

9.      On or about August 26, 2025, Debtor received an offer to sell the Property for $735,000, which was accepted.   Importantly the proposed buyer waived inspections except for a tank sweep and termite inspection.   The contract of sale is attached as Exhibit "B" to the certification of Eileen Cruz ("Cruz Certification") submitted in support of the motion to sell the Property.

10.     As explained in the Cruz Certification, during home inspections, it was discovered that there is significant termite damage to the floor joists of the Property and that due to the location of the floor joists that have to be removed and replaced, the house must be lifted, which is

a significant expense.

11.    The proposed buyer provided an estimate for the work in the amount of $46,000, which we were able to negotiate down to $30,000. The buyer agreed to have the work performed post-closing.

12.    Due to this previous unknown concern relating to the termite damage, the parties agreed to lower the price by $30,000. This was accomplished by lowering the purchase price to $726,804 and adding a repair credit at in the amount of $21,804 resulting in a net price of $705,000.

13.    If the Property is not sold to the current proposed buyer, the extensive termite damage must be disclosed to future interested parties which will likely serve to further drive down the purchase price of the Property. Also, another buyer may not agree to waive/limit inspections in the way the current buyer has done.

14.    Based on the foregoing it is my professional opinion, within a reasonable degree of certainty, that the net price of $705,000 constitutes the highest and best price and also the best terms for the sale of the Property under the circumstances.

15.    I certify under penalty of perjury that the foregoing statements are true and correct to the best of my knowledge and belief. I understand that if the foregoing statements made by me are willfully false, I am subject to punishment.

/s/Michael Klein

Dated: March 2, 2026                    Michael Klein

# EXHIBIT "A"



# Sold



### 3 GLENVIEW
North Caldwell, NJ, 07006

🛏 **4 BR** 🛁 **2 BA/1 HB** 🚪 **9 RM**

**$858,500** Sold Price
**$880,000** Original Price

Single Family

**Sold**
Listed **06/09/2025**
Sold **08/18/2025**
**70** DOM / **70** CDOM

1 Fireplace
Central Air
Central Air Cooling
Detached
Fireplace In Unit



### 558 MOUNTAIN
North Caldwell, NJ, 07006

🛏 **5 BR** 🛁 **3 BA/1 HB** 🚪 **10 RM**

**$815,000** Sold Price
**$799,000** Original Price

Single Family

**Sold**
Listed **05/06/2025**
Sold **07/11/2025**
**66** DOM / **66** CDOM

2 Fireplaces
Central Air
Fireplace In Unit
Irregular
Unattended Lobby



### 27 GLENVIEW
North Caldwell, NJ, 07006

🛏 **3 BR** 🛁 **2 BA** 🚪 **8 RM**

**$729,000** Sold Price
**$679,000** Original Price

Single Family

**Sold**
Listed **04/30/2025**
Sold **06/30/2025**
**61** DOM / **61** CDOM

1 Fireplace
Central Air
Central Air Cooling
Detached
Ductless Cooling

*corcoran*

SAWYER SMITH

# Sold



### 116 MOUNTAIN
North Caldwell, NJ, 07006

🛏 **3 BR** 🛁 **1 BA/2 HB** 🚪 **9 RM**

**$850,000** Sold Price
**$775,000** Original Price

Single Family

**Sold**
Listed **04/02/2025**
Sold **06/19/2025**
**78** DOM / **78** CDOM

1 Fireplace
Central Air
Central Air Cooling
Corner Lot
Detached



### 186 GRANDVIEW
North Caldwell, NJ, 07006

🛏 **5 BR** 🛁 **2 BA/1 HB** 🚪 **12 RM**

**$750,000** Sold Price
**$859,900** Original Price

Single Family

**Sold**
Listed **10/03/2024**
Sold **04/07/2025**
**186** DOM / **186** CDOM

1 Fireplace
Attached Garage
Central Air
Central Air Cooling
Fireplace In Unit

*corcoran*
SAWYER SMITH

Case 25-16446-VFP   Doc 94   Filed 03/02/26   Entered 03/02/26 15:54:45   Desc Main
Document   Page 7 of 8

# Corcoran Sawyer Smith

## Michael Klein

Hoboken - Waterfront Office
1 Marine View Plz Units X1 and X2
Hoboken, New Jersey 07030

m. (201) 995-6784
o. (201) 653-8000
mklein@corcoranss.com

in  f  X  ⊙  𝒫  ▶

**License**
NJ232671

*corcoran*
SAWYER SMITH

All information furnished regarding property for sale, rental or financing is from sources deemed reliable, but no warranty or representation is made as to the accuracy thereof and same is submitted subject to errors, omissions, change of price, change of concessions, rental or other conditions, prior sale, lease or financing or withdrawal without notice. All dimensions are approximate. For exact dimensions, you must hire your own architect or engineer.