UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

COHN LIFLAND PEARLMAN
 HERRMANN & KNOPF LLP
Attorneys for Debtor
Park 80 West-Plaza One
250 Pehle Avenue, Suite 401
Saddle Brook, New Jersey 07663
(201)845-9600
Our File: 40,716-1

In Re:

EILEEN CRUZ,

                    Debtor.

Case No.:          25-16446

Chapter:              13

Adv. No.:

Hearing Date:      March 26, 2026

Judge:          Vincent F. Papalia

## CERTIFICATION OF SERVICE

1.  I, _Barbara K. Blumberg_ :

☐ represent _____ in this matter.

☒ am the secretary/paralegal for _Cohn Lifland Pearlman Herrmann & Knopf LLP_, who represents

_Debtor_ in this matter.

☐ am the _____ in this case and am representing myself.

2.      On _March 6, 2026, I_ sent a copy of the following pleadings and/or documents

to the parties listed in the chart below:

Notice of Proposed Private Sale; Notice of Debtor's Motion (i) Approving the Sale of
Real Property Free and Clear of all Existing Liens and Other Relief; Certifications of
Eileen Cruz and Mercedes Diego, Esq., proposed Order Granting Debtor's Motion and
Cert. of Michael Klein in Support; and Certifications of Service (2/2/26 and 3/6/26).

3.      I certify under penalty of perjury that the above documents were sent using the mode of service
indicated.

Dated: March 6, 2026

/s/Barbara K. Blumberg
Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Marie-Ann Greenberg<br>Chapter 13 Standing Trustee<br>30 Two Bridges Rd.<br>Suite 330<br>Fairfield, NJ 07004 | Chapter 13 Standing Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other ECF - this Cert of Svc only<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Eileen Cruz<br>140 W. Greenbrook Rd.<br>N. Caldwell, NJ 07006 | Debtor | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other __email__<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Civil Process Clerk<br>Office of the U.S. Attorney<br>970 Broad Street, Suite 700<br>Newark, NJ 07102 | Secured Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☒ Certified mail/RR<br>☒ Other __Federal Express__<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| US Attorney General<br>950 Pennsylvania Ave., NW<br>Washington, DC 20530 | Secured Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☒ Certified mail/RR<br>☒ Other __Federal Express__<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Associate General Counsel<br>for Litigation<br>Office of Litigation<br>U.S. Department of HUD<br>451 Seventh Street, S.W.<br>Washington, DC 20410 | Secured Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☒ Certified mail/RR<br>☒ Other __Federal Express__<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| U.S. Dept. of Housing And Urban Development Attn: Office of Regional General Counsel 26 Federal Plaza, Suite 3541 New York, NY 10278 | Secured Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☒ Certified mail/RR<br>☒ Other  Federal Express<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>Other __ _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>Regular mail<br>☐ Certified mail/RR<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |