

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Marie-Ann Greenberg MAG-1284
Marie-Ann Greenberg, Standing Trustee
30 TWO BRIDGES ROAD
SUITE 330
FAIRFIELD, NJ  07004-1550
973-227-2840
Chapter 13 Standing Trustee

IN RE:
   EILEEN CRUZ

Order Filed on March 6, 2026
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.:  25-16446

Hearing Date:  03/05/2026

Judge:  VINCENT F. PAPALIA

## ORDER DENYING CONFIRMATION

The relief set forth on the following pages, numbered two (2) is hereby ORDERED.

DATED: March 6, 2026

_____
Honorable Vincent F. Papalia
United States Bankruptcy Judge

Debtor(s):  EILEEN CRUZ

Case No.:  25-16446VFP

Caption of Order:  Order Denying Confirmation

---

THIS MATTER having been scheduled before the Court on 03/05/2026 for a Hearing on Confirmation, and good and sufficient cause having been shown, it is hereby:

ORDERED, that the Confirmation Hearing scheduled on 3/5/2026 of the plan filed on 10/21/2025, is denied; and it is further

ORDERED, that the Debtor must file a modified plan by 03/26/2026 or the case will be dismissed; and it is further

ORDERED, that the Debtor must file Amended I & J by 3/26/2026 or the case will be dismissed ; and it is further

ORDERED, that if the Debtor fails to comply with the above the Standing Trustee shall submit an Order Dismissing the Case without further hearings.