| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT** **DISTRICT OF NEW JERSEY** **Marie-Ann Greenberg MAG-1284** **Marie-Ann Greenberg, Standing Trustee** **30 TWO BRIDGES ROAD** **SUITE 330** **FAIRFIELD, NJ  07004-1550** **973-227-2840** **Chapter 13 Standing Trustee** | |
| IN RE:     EILEEN CRUZ | |

Order Filed on March 6, 2026
by Clerk
U.S. Bankruptcy Court
District of New Jersey

**Case No.:  25-16446**

**Hearing Date:  03/05/2026**

**Judge:  VINCENT F. PAPALIA**

### ORDER DENYING CONFIRMATION

The relief set forth on the following pages, numbered two (2) is hereby ORDERED.

**DATED: March 6, 2026**

_____
**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

1

Debtor(s):  EILEEN CRUZ

Case No.:  25-16446VFP

Caption of Order:  Order Denying Confirmation

THIS MATTER having been scheduled before the Court on 03/05/2026 for a Hearing on Confirmation, and good and sufficient cause having been shown, it is hereby:

ORDERED, that the Confirmation Hearing scheduled on 3/5/2026 of the plan filed on 10/21/2025, is denied; and it is further

ORDERED, that the Debtor must file a modified plan by 03/26/2026 or the case will be dismissed; and it is further

ORDERED, that the Debtor must file Amended I & J by 3/26/2026 or the case will be dismissed ; and it is further

ORDERED, that if the Debtor fails to comply with the above the Standing Trustee shall submit an Order Dismissing the Case without further hearings.

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 25-16446-VFP |
| Eileen Cruz | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Mar 09, 2026 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol         Definition**

+              Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 11, 2026:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Eileen Cruz, 140 W. Greenbrook Rd., Caldwell, NJ 07006-4731 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 11, 2026          Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 9, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Aiden Murphy | |
| | on behalf of Creditor 103 Fabyan PL LLC amurphy@scura.com |
| | ecfbkfilings@scuramealey.com;14799@notices.nextchapterbk.com;dstevens@scura.com;vmajano@scura.com;spereyra@scura.com;jromero@scura.com;pevangelista@scura.com;dwoody@scura.com;asoto@scura.com;nrincon@scura. |
| David L. Stevens | |
| | on behalf of Creditor 103 Fabyan PL LLC dstevens@scura.com |
| | dstevens@scura.com;ecfbkfilings@scuramealey.com;pevangelista@scura.com;amurphy@scura.com;vmajano@scura.com;jromero@scura.com;spereyra@scura.com;dwoody@scura.com;asoto@scura.com;ralrehaili@scura.com;MOuesla |
| Denise E. Carlon | |
| | on behalf of Creditor MIDFIRST BANK dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Marie-Ann Greenberg | |
| | magecf@magtrustee.com |
| Matthew K. Fissel | |

District/off: 0312-2                          User: admin                                    Page 2 of 2
Date Rcvd: Mar 09, 2026                       Form ID: pdf903                                Total Noticed: 1

on behalf of Creditor MIDFIRST BANK bkgroup@kmllawgroup.com  matthew.fissel@brockandscott.com

Mercedes Diego
on behalf of Debtor Eileen Cruz md@njlawfirm.com  jwh@njlawfirm.com

Michael D. Malloy
on behalf of Creditor MIDFIRST BANK mmalloy@fmnjlaw.com

Ross J. Switkes
on behalf of Creditor LX Financial  LLC rswitkes@shermansilverstein.com

U.S. Trustee
USTPRegion03.NE.ECF@usdoj.gov


TOTAL: 9