UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

COHN LIFLAND PEARLMAN
 HERRMANN & KNOPF LLP
Attorneys for Debtor
Park 80 West - Plaza One
250 Pehle Avenue - Suite 401
Saddle Brook, NJ 07663
(201)845-9600
Our File No. 40716-1

In Re:

EILEEN CRUZ

| | |
|---|---|
| Case No.: | 25-16446 |
| Chapter: | 13 |
| Adv. No.: | |
| Hearing Date: | May 7, 2026 |
| Judge: | Vincent F. Papalia |

## CERTIFICATION OF SERVICE

1.  I, _____ Mauren Woods _____ :

    ☐ represent _____ in this matter.

    ☒ am the secretary/paralegal for _____ Cohn Lifland Pearlman _____, who represents

    _____ Debtor _____ in this matter.

    ☐ am the _____ in this case and am representing myself.

2.  On _____ April 9, 2026 _____, I sent a copy of the following pleadings and/or documents
    to the parties listed in the chart below.
    Modified Plan and Certification of Service

3.  I certify under penalty of perjury that the above documents were sent using the mode of service
    indicated.

Date: _____ April 8, 2026 _____

s/Maureen Woods _____
Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Marie-Ann Greenberg<br>Chapter 13 Standing Trustee<br>30 Two Bridges Road  –  Suite 330<br>Fairfield, NJ 07004 | Chapter 13 Standing Trustee | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Eileen Cruz<br>140 W. Greenbrook Road<br>North Caldwell, NJ 07006 | Debtor | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other Email _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| 7188322 LLC<br>LX Financial LLC<br>150 West 80th St, Apt. 5D<br>New York, NY 10024 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Aidvantage<br>Attn: Bankruptcy<br>Po Box 300001<br>Greenville, TX 75403 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Angelo Cocuzza<br>2 Llewellyn Place<br>West Orange, NJ 07052 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Steven Greenberg, Esq.<br>(represents Angelo Cocuzza)<br>411 Pompton Avenue<br>Cedar Grove, NJ 07009 | Creditor | ☒ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Bank of America<br>Attn: Bankruptcy<br>P.O. Box 673033<br>Dallas, Texas 75267-3033 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

*rev.8/1/16*

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Bank of America<br>Attn: Bankruptcy<br>Nc4-105-03-14 Pob 26012<br>Greensboro, NC 27410 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Capital One<br>Attn: Bankruptcy<br>P.O. Box 30285<br>Salt Lake City, UT 84130 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Einhorn, Barbarito Frost & Bostwinick<br>Emily Z. Deyring, Esq.<br>4 Campus Drive<br>Suite 300<br>Parsippany, NJ 07054 | Creditor Attorney | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Capital One NA<br>Successor by Merger Discover Bank<br>Po Box 3025<br>New Albany, OH 43054-3025 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Carlos Vargas<br>24 Pluto Lane<br>Modena, NY 12548 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

4

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Citibank/The Home Depot<br>Centralized Bankruptcy<br>Po Box 790040<br>St Louis, MO 63179 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Comenity Bank<br>Attn: Bankruptcy<br>Po Box 182125<br>Columbus, OH 43218 | Creditor | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Discover Financial<br>Attn: Bankruptcy<br>Po Box 3025<br>New Albany, OH 43054 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Dsnb Bloomingdales<br>Attn: Bankruptcy<br>Po Box 8053<br>Mason, OH 45040 | Creditor | ☒ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| ENT and Allergy Assoc.<br>PO Box 5001<br>White Plains, NY 10602 | Creditor | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

*rev.8/1/16*

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Freedom Road Financial<br>Attn: Bankruptcy<br>10509 Professional Cir, Ste 100<br>Reno, NV 89521 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Imaging Subspecialists of NJ<br>PO Box 3607<br>Evansville, IN 47735 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| InDebted USA, Inc.<br>PO Box 1201<br>Farmington, MO 63640 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Juan Cruz<br>478 Homestead Place<br>Union, NJ 07083 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Jpmcb<br>MailCode LA4-7100<br>700 Kansas Lane<br>Monroe, LA 71203 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
| --- | --- | --- |
| Jonathan Cruz<br>140 Greenbrook Rd<br>North Caldwell, NJ 07006 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Juan Cruz<br>100 Tall Timbers Road<br>#73<br>Sussex, NJ 07461 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Navient<br>Attn: Bankruptcy<br>P.O. Box 9635<br>Wilkes Barre, PA 18773 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Kia Financial<br>PO Box 660891<br>Dallas, TX 75266 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Macy's/ DSNB<br>Attn: Bankruptcy<br>701 E. 60th Street North<br>Sioux Falls, SD 57104 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

*rev.8/1/16*

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| intentionally blank | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Mazda Financial Svc.<br>PO Box 74689<br>Chicago, IL 60675-4689 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| MidFirst Midland Mortgage<br>PO Box 268959<br>Oklahoma City, OK 73126 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Midland Credit Management<br>Comenity Capital Bank<br>350 Carmino De La Reina. Ste 100<br>San Diego, CA 92108 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Midland Mortgage Co<br>Attn: Cust Srv/Bankruptcy<br>Po Box 26648<br>Oklahoma City, OK 73216 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
| --- | --- | --- |
| Natalie De La Cruz<br>c/o Torres Legal LLC<br>129 Prospect Street<br>Passaic, NJ 07055 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Natalie De La Cruz<br>295 Harding Avenue<br>Clifton, NJ 07011 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| New Direction IRA, Inc. FBO<br>1070 West Century Dr, Ste 101<br>Louisville, CO 80027 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| North American Partners in Anesthesia<br>PO Box 200596<br>Dallas, TX 75320 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| intentionally blank | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

*rev.8/1/16*

9

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| PSE&G & Co.<br>PO Box 14444<br>New Brunswick, NJ 08906 | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| St. Joseph's Health<br>PO Box 32025<br>New York, NY 10087 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| St. Joseph's Medical Group<br>PO Box 22773<br>New York, NY 10087 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Surgical Center of Cedar Knolls<br>197 Ridgedale Ave., Ste 100<br>Cedar Knolls, NJ 07927 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Syncb/Jcrew<br>Attn: Bankruptcy<br>Po Box 965064<br>Orlando, FL 32896 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Synchrony Bank<br>Attn: Bankruptcy<br>Po Box 965060<br>Orlando, FL 32896 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Tarun Mehta<br>2 Marianne Place<br>Parsippany, NJ 07054 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Michael Ackerman, Esq.<br>Waterview Plaza<br>2001 Route 46 – Suite 310<br>Parsippany, NJ 07054<br>(Tarun Mehta) | Creditor Attorney | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Verizon Wireless Services<br>One Verizon Way<br>Basking Ridge, NJ 07920 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| University Spine Center Wayne<br>504 Valley Rd, Ste 203<br>Wayne, NJ 07470 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

*rev.8/1/16*

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
| --- | --- | --- |
| Upstart Network, Inc.<br>PO Box 1931<br>Burlingame, CA 94011 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Tenares Investment LLC<br>140 West Greenbrook Rd<br>Caldwell, NJ 07006 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| OneMain Financial Group LLC<br>P.O. Box 3251<br>Evansville, IN 47731-3251 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Hyundai Lease Titling Trust<br>P.O. Box 20825<br>Fountain Valley, CA 92728 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| JP Morgan Chase Bank NA<br>s/b/m/t Chase Bank USA, NA<br>Robertson Anschutz Schneid<br>Crane & Partners LLC<br>6409 Congress Ave-Suite 100<br>Boca Raton, FL 33487 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Citibank (Bloomingdales)<br>5800 S. Corporate Pl<br>Sioux Falls, SD 57108-5027 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Citibank (Macys)<br>5800 S. Corporate Pl<br>Sioux Falls, SD 57108-5027 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Acura Financial Services<br>National Bankruptcy Center<br>P.O. Box 168088<br>Irving, TX 75016-8088 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Jefferson Capital Systems Inc.<br>(Amazon)<br>P.O. Box 7999<br>Saint Cloud, MN 56032-9617 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Jefferson Capital Systems Inc.<br>(J Crew)<br>P.O. Box 7999<br>Saint Cloud, MN 56032-9617 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

*rev.8/1/16*

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
| --- | --- | --- |
| Jefferson Capital Systems Inc. (AEO) P.O. Box 7999 Saint Cloud, MN 56032-9617 | Creditor | ☐ Hand-delivered ☒ Regular mail ☐ Certified mail/RR ☐ Other _____ (As authorized by the Court or by rule. Cite the rule if applicable.) |
| Quantum 3 Group LLC Agent for Crown Asset Management LLC P.O. Box 788 Kirkland, WA 98083-0788 | Creditor | ☐ Hand-delivered ☐ Regular mail ☐ Certified mail/RR ☐ Other _____ (As authorized by the Court or by rule. Cite the rule if applicable.) |
| Toyota Lease Trust c/o Toyota Motor Credit Corp P.O. Box 330 Williamsville, NY 14231 | Creditor | ☐ Hand-delivered ☒ Regular mail ☐ Certified mail/RR ☐ Other _____ (As authorized by the Court or by rule. Cite the rule if applicable.) |
| Midland Credit Management Inc. (Floor & Decor) P.O. Box 2037 Warren, MI 48090 | Creditor | ☐ Hand-delivered ☒ Regular mail ☐ Certified mail/RR ☐ Other _____ (As authorized by the Court or by rule. Cite the rule if applicable.) |
| Bank of America, N.A. P.O. Box 673033 Dallas, TX 75267-3033 | Creditor | ☐ Hand-delivered ☒ Regular mail ☐ Certified mail/RR ☐ Other _____ (As authorized by the Court or by rule. Cite the rule if applicable.) |

14

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Midfirst Bank<br>999 NorthWest Grand Blvd<br>Oklahoma City, OK 73118 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Michael D. Malloy, Esq.<br>Finesten & Malloy, LLC<br>50 Cardinal Drive - Suite 203<br>Westfield, NJ 07090<br>(Midfirst Bank) | Creditor Attorney | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Ashley Funding Services LLC<br>(Labcorp)<br>Resurgent Capital Services<br>P.O. Box 10587<br>Greenville, SC 29603-0587 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Ashley Funding Services LLC<br>Resurgent Receivables LLC<br>(PC Richard)<br>Resurgent Capital Services<br>P.O. Box 10587<br>Greenville, SC 29603-0587 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Quantum 3 Group<br>Agent for Comenity Bank<br>P.O. Box 788<br>Kirkland, WA 98083-0788 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

*rev.8/1/16*

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| LVNV Funding, LLC<br>Resurgent Capital Services<br>P.O. Box 10587<br>Greenville, SC 29603-0587 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Portfolio Recovery Associates LLC<br>P.O. Box 41067<br>Norfolk, VA 23541 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Michael Ackerman, Esq.<br>Waterview Plaza<br>2001 Route 46 – Suite 310<br>Parsippany, NJ 07054 | Creditor Attorney | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Department of Education<br>P.O. Box 300001<br>Greenville, TX 75403 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| U.S. Trustee<br>U.S. Department of Justice<br>Office of the U.S. Trustee<br>One Newark Center – Suite 2100<br>Newark, NJ 07102 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Labcorp<br>P.O. Box 2240<br>Burlington, NC 27216 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

*rev.8/1/16*