| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>Caption in Compliance with D.N.J. LBR 9004-1(b)<br><br>COHN LIFLAND PEARLMAN<br> HERRMANN & KNOPF LLP<br>Attorneys for Debtor<br>Park 80 West - Plaza One<br>250 Pehle Avenue - Suite 401<br>Saddle Brook, NJ 07663<br>(201)845-9600<br>Our File No. 40716-1 | Case No.: <u>25-16446</u><br><br>Chapter: <u>13</u> |
| In Re:<br><br>EILEEN CRUZ | Adv. No.: <br><br>Hearing Date: <u>May 7, 2026</u><br><br>Judge: <u>Vincent F. Papalia</u> |

## CERTIFICATION OF SERVICE

1.  I, <u>Mauren Woods</u> :

    ☐ represent _____ in this matter.

    ☒ am the secretary/paralegal for <u>Cohn Lifland Pearlman</u> Herrmann & Knopf LLP , who represents

    <u>Debtor</u> in this matter.

    ☐ am the _____ in this case and am representing myself.

2.  On <u>April 9, 2026</u>, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

    Modified Plan, Certification of Service, Order Approving Sale Motion and Notice of Chapter 13 Plan Transmittal.

3.  I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: <u>April 9, 2026</u>          s/Maureen Woods
                                    Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| 103 Fabyan PL LLC<br>Yoel Blum, Registered Agent<br>831 Bedford Avenue Suite 87<br>Brooklyn, NY 11205 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| David Stevens, Esq.<br>Scura Wigfield Hyer Stevenu &<br> Cammaroto<br>1 Harmon Meadow Blvd Suite 201<br>Secaucus, NJ 07094 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other Email<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Associate General Counsel<br>for Litigation<br>US Department of HUD<br>451 Seventh Street SW<br>Washington, DC 20410 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other e<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| US Department of HUD<br>Attn: Office of Regional<br>General Counsel<br>26 Federal Plaza- Suite 3541<br>New York, NY 10278 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Secretary of Housing & Urban<br>Development<br>451 Seventh Street SW<br>Washington, DC 20410 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| US Attorney General<br>950 Pennsylvania Street SW<br>Washington, DC 20530 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Mark Wojcik<br>US Attorney's Office<br>District of New Jersey<br>970 Broad Street<br>Newark, NJ 0710 | Creditor<br><br>mark.wojcik@usdoj.gov | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other _email_____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Civil Process<br>Office of the U.S. Attorney<br>970 Broad Street - Suite 700<br>Newark, NJ 07102 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

*rev.8/1/16*

3