UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in compliance with D.N.J. LBR 9004-1(b)**

COHN LIFLAND PEARLMAN
  HERRMANN & KNOPF LLP
Attorneys for Debtor
250 Pehle Avenue, Suite 401
Saddle Brook, NJ 07663
(201) 845-9600
Our File: 41,845-0

In Re:

EILEEN CRUZ

Case No.: _____25-16446_____

Hearing Date: ___May 7, 2026___

Judge: ___Vincent F. Papalia___

## NOTICE OF CHAPTER 13 PLAN TRANSMITTAL

The enclosed ☐ plan, ☒ modified plan is proposed by the debtor and was filed on

_____March 26, 2026_____. It has been served on you because the plan contains motions
that may adversely affect your interest.

Your rights may be affected by this plan.  Your claim may be reduced, modified, or eliminated. This
Plan may be confirmed and become binding, and included motions may be granted without further
notice or hearing, unless written objection is filed before the deadline stated in the Notice. The Court
may confirm this plan, if there are no timely filed objections, without further notice. See Bankruptcy
Rule 3015. This plan includes motions to avoid or modify a lien, the lien avoidance or modification
may take place solely within the chapter 13 confirmation process. The plan confirmation order alone
will avoid or modify the lien.  The debtor need not file a separate motion or adversary proceeding to
avoid or modify a lien based on value of the collateral or to reduce the interest rate.  An affected lien
creditor who wishes to contest said treatment must file a timely objection and appear at the
confirmation hearing to prosecute same.

☐ **Real Property:**

The debtor(s) has valued real property located at 140 W. Greenbrook Rd., North

Caldwell, NJ & 52 Greenbrook Rd., Fairfield, NJ [address] at $ 705,000 (net of credit) .  The

debtor(s) believes the first lien on the property to be in the approximate amount of $____70,500.00____
owed to 7188322 LLC aka LX Financial, LLC; $424,328.08 owed to Midfirst Bank; $35,000 owed to
New Direction IRA, Inc.; Debtor's modified plan proposes to bifurcate the claim of U.S. Dept. of HUD such that it
will be paid $97,500.52 at closing and$22,042.65 to be paid a pro-rata distribution in the plan as unsecured and also
bifurcate the claim of 103 Fabyan Pl LLC such that it will receive $31,575.00 at closing and $135,775 to be paid a
pro-rata distribution in the plan as an unsecured claim.

[*insert other liens as appropriate*]. As such, the debtor(s) believes there is inadequate equity available to satisfy your lien and seeks through the plan to reduce, modify or eliminate your lien.

The debtor's valuation of the property is based on: (a) comparative market analysis; (b) broker price opinion; (c) appraisal; or (d) other: _____ court order dated 3-31-2026 _____, a copy of which is attached. All forms of relief sought by motion appear in Part 7 of the plan.

☐ **Personal Property:**

The debtor(s) has valued personal property described as: _____
_____ at $_____.
The debtor(s) believes the lien on the property to be in the approximate amount of $_____
[*insert other liens as appropriate*]. As such, the debtor(s) believes there is inadequate equity available to satisfy your lien and seeks through the plan to reduce, modify or eliminate your lien.

The debtor's valuation of the property is based on: (a) broker price opinion; (b) appraisal; or (c) other: _____, a copy of which is attached. All forms of relief sought by motion appear in Part 7 of the plan.

The Confirmation Hearing is scheduled for _____ May 7, 2026 _____. Objections to any relief sought in the plan, including relief sought by motion, must be filed with the Clerk of the Bankruptcy Court no later than 7 days prior to the confirmation hearing.

YOU SHOULD CONSULT WITH AN ATTORNEY PROMPTLY, SINCE ENTRY OF AN ORDER OF CONFIRMATION WILL BIND YOU TO ALL OF THE TERMS OF THE CONFIRMED PLAN.

*rev.8/1/17*