Form plncf13 − ntccnfpln13v27

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.:  25−16446−VFP
Chapter:  13
Judge:  Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Eileen Cruz
   301 Riverview Road
   Pompton Lakes, NJ 07442

Social Security No.:
   xxx−xx−4519

Employer's Tax I.D. No.:

## NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN

NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on June 4, 2026.

Dated: June 4, 2026
JAN: gml

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                                              Case No. 25-16446-VFP

Eileen Cruz                                                                         Chapter 13
      Debtor

# CERTIFICATE OF NOTICE

| District/off: 0312-2 | User: admin | Page 1 of 4 |
|---|---|---|
| Date Rcvd: Jun 04, 2026 | Form ID: plncf13 | Total Noticed: 75 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 06, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Eileen Cruz, 301 Riverview Road, Pompton Lakes, NJ 07442-1426 |
| aty | + | Michael S. Ackerman, Law Office of Michael S. Ackerman, Waterview Plaza, 2001 Route 46 Suite 310, Parsippany, NJ 07054-1315 |
| cr | + | 103 Fabyan PL LLC, Yoel Blum, 831 Bedford Ave., Ste 87, Brooklyn, NY 11205-2801 |
| r | + | Michael Klein, Michael Klein, Liberty Realty LLC, Liberty Realty, LLC, One Marine View Plaza, Hoboken, NJ 07030-5725 |
| cr | + | Tarun Mehta, c/o Law Offices of Michael S. Ackerman,, 2001 Route 46 Suite 310, Waterview Plaza, Parsippany,, NJ 07054 US 07054-1315 |
| 520697925 | + | 103 Fabyan PL LLC, c/o Yoel Blum,, 831 Bedford Avenue,, Suite 87,, Brooklyn, NY 11205-2801 |
| 520697926 | + | 7188322 LLC, LX Financial LLC, 150 West 80th Street, Apt. 5D, New York, NY 10024-6312 |
| 520697930 | + | Angelo Cocuzza, c/o Steven M. Greenberg, Esq., 411 Pompton Ave., Cedar Grove, NJ 07009-1800 |
| 520697929 | + | Angelo Cocuzza, 2 Llewellyn Place, West Orange, NJ 07052-5402 |
| 520697933 | + | Carlos Vargas, 24 Pluto Lane, Modena, NY 12548-5145 |
| 520697939 | + | ENT and Allergy Associates, LLP, PO Box 5001, White Plains, NY 10602-5001 |
| 520697938 | + | Einhorn, Barbarito, Frost & Botwinick, Emily Z. Deyring, Esq., 165 E. Main St., PO Box 3010, Belvidere, NJ 07834-3010 |
| 520697941 | + | Imaging Subspecialists of North Jersey, PO Box 3607, Evansville, IN 47735-3607 |
| 520697943 | #+ | Jonathan Cruz, 140 Greenbrook Rd., Caldwell, NJ 07006-4731 |
| 520697945 | + | Juan Cruz, 478 Homestead Place,, Union, NJ 07083-7337 |
| 520697946 | + | Kia Financial, PO Box 660891, Dallas, TX 75266-0891 |
| 520697950 | + | MidFirst Midland Mortgage, PO Box 268959, Oklahoma City, OK 73126-8959 |
| 520697954 | + | Natalie De La Cruz, 295 Harding Avenue, Clifton, NJ 07011-3129 |
| 520697953 | + | Natalie De La Cruz, c/o Torres Legal LLC, 129 Prospect Street, Passaic, NJ 07055-4987 |
| 520697956 | + | New Direction IRA, Inc. FBO, 1070 West Century Drive, Suite 101, Louisville, CO 80027-1657 |
| 520697957 | + | North American Partners in Anesthesia, PO Box 200596, Dallas, TX 75320-0596 |
| 520697960 | + | Secretary of Housing and Urban Devel, 451 Seventh Street SW, Washington, DC 20410-0001 |
| 520697961 | + | St. Joseph's Health, PO Box 32025, New York, NY 10087-2025 |
| 520697962 | + | St. Joseph's Medical Group, PO Box 22773, New York, NY 10087-0001 |
| 520697963 | + | Surgical Center of Cedar Knolls, 197 Ridgedale Ave., Suite 100, Cedar Knolls, NJ 07927-2111 |
| 520697966 | + | Tarun Mehta, 2 Marianne Place, Parsippany, NJ 07054-2339 |
| 520697967 | + | Tenares Investment LLC, 140 West Greenbrook Rd., Caldwell, NJ 07006-4731 |
| 520699837 | + | U.S. Department of Housing and Urban Development, 26 Federal Plaza, Suite 3541, New York, NY 10278-0004 |
| 520697968 | + | University Spine Center Wayne, 504 Valley Road, Suite 203, Wayne, NJ 07470-3534 |

TOTAL: 29

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jun 04 2026 20:49:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jun 04 2026 20:49:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 520771041 | | Email/Text: ebnbankruptcy@ahm.honda.com | Jun 04 2026 20:49:00 | Acura Financial Services, National Bankruptcy Center, P.O. Box 168088, Irving, TX 75016-8088 |

District/off: 0312-2 — User: admin — Page 2 of 4

Date Rcvd: Jun 04, 2026 — Form ID: plncf13 — Total Noticed: 75

| | | | |
|---|---|---|---|
| 520697927 | | Email/Text: ebnbankruptcy@ahm.honda.com | |
| | | Jun 04 2026 20:49:00 | Acura Financial Services, PO Box 7829, Philadelphia, PA 19101 |
| 520697928 | + | Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com | |
| | | Jun 04 2026 20:58:36 | Aidvantage, Attn: Bankruptcy, Po Box 300001, Greenville, TX 75403-3001 |
| 520809961 | + | Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com | |
| | | Jun 04 2026 20:58:36 | Aidvantage on behalf of, Dept of Education, PO Box 300001, Greenville Tx 75403-3001 |
| 520781941 | | Email/PDF: resurgentbknotifications@resurgent.com | |
| | | Jun 04 2026 20:58:19 | Ashley Funding Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520697931 | | Email/Text: BAC_CreditCard_BNC_Emails@g2risksolutions.com | |
| | | Jun 04 2026 20:47:00 | Bank of America, Attn: Bankruptcy,, PO Box 672050,, Dallas, TX 75267-2050 |
| 520776439 | | Email/Text: BAC_CreditCard_BNC_Emails@g2risksolutions.com | |
| | | Jun 04 2026 20:47:00 | Bank of America, N.A., PO Box 673033, Dallas, TX 75267-3033 |
| 520697932 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | |
| | | Jun 04 2026 20:58:52 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 520706878 | | Email/Text: mrdiscen@discover.com | |
| | | Jun 04 2026 20:48:00 | Capital One, N.A., successor by merger to Discover, PO Box 3025, New Albany, OH 43054-3025 |
| 520770457 | | Email/PDF: Citi.BNC.Correspondence@citi.com | |
| | | Jun 04 2026 20:58:56 | Citibank N.A., Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 520697934 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | |
| | | Jun 04 2026 20:58:56 | Citibank/The Home Depot, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, St Louis, MO 63179-0040 |
| 520697935 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | |
| | | Jun 04 2026 20:49:00 | Comenity Bank, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 520697937 | | Email/PDF: Citi.BNC.Correspondence@citi.com | |
| | | Jun 04 2026 20:58:43 | Dsnb Bloomingdales, Attn: Bankruptcy, Po Box 8053, Mason, OH 45040 |
| 520697948 | | Email/PDF: Citi.BNC.Correspondence@citi.com | |
| | | Jun 04 2026 20:58:56 | Macy's/ DSNB, Atytn: Bankruptcy, 701 E. 60th Street North, Sioux Falls, SD 57104 |
| 520697936 | + | Email/Text: mrdiscen@discover.com | |
| | | Jun 04 2026 20:48:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 520697940 | + | Email/Text: bkservices@frf1.com | |
| | | Jun 04 2026 20:49:00 | Freedom Road Financial, Attn: Bankruptcy, 10509 Professional Circle, Suite 100, Reno, NV 89521-4883 |
| 520753840 | + | Email/Text: bkservices@frf1.com | |
| | | Jun 04 2026 20:49:00 | FreedomRoad Financial, 10509 Professional Circle Ste 100, Reno, NV 89521-4883 |
| 520752090 | + | Email/Text: Hcabankruptcy-courtnotices@hcamerica.com | |
| | | Jun 04 2026 20:49:00 | Hyundai Lease Titling Trust, P.O. Box 20825, Fountain Valley, CA 92728-0825 |
| 520697942 | + | Email/Text: clientsupport-us-stl@indebted.co | |
| | | Jun 04 2026 20:49:00 | InDebted USA, Inc., PO Box 1201, Farmington, MO 63640-4128 |
| 520771116 | | Email/Text: JCAP_BNC_Notices@jcap.com | |
| | | Jun 04 2026 20:49:00 | Jefferson Capital Systems, LLC, PO BOX 7999, SAINT CLOUD, MN 56302-9617 |
| 520761345 | + | Email/Text: RASEBN@raslg.com | |
| | | Jun 04 2026 20:48:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., Robertson, Anschutz, Schneid,, Crane & Partners, PLLC, 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 520697944 | + | Email/PDF: ais.chase.ebn@aisinfo.com | |
| | | Jun 04 2026 20:58:51 | Jpmcb, MailCode LA4-7100, 700 Kansas Lane, Monroe, LA 71203-4774 |
| 520697947 | | Email/Text: govtaudits@labcorp.com | |
| | | Jun 04 2026 20:48:00 | Labcorp, PO Box 2240, Burlington, NC 27216 |
| 520789322 | | Email/PDF: resurgentbknotifications@resurgent.com | |
| | | Jun 04 2026 20:58:19 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520697949 | ^ | MEBN | |
| | | Jun 04 2026 20:47:08 | Mazda Financial Svc., PO Box 74689, Chicago, IL |

| | | | | |
|---|---|---|---|---|
| | | | | 60675-4689 |
| 520779822 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | Jun 04 2026 20:58:32 | MidFirst Bank, 999 NorthWest Grand Boulevard, Oklahoma City, OK 73118-6051 |
| 520697951 | + | Email/Text: bankruptcydpt@mcmcg.com | Jun 04 2026 20:49:00 | Midland Credit Management, Comenity Capital Bank/Floor & Decor, 350 Carmino De La Reina, Suite 100, San Diego, CA 92108-3007 |
| 520776303 | + | Email/Text: bankruptcydpt@mcmcg.com | Jun 04 2026 20:49:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 520697952 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | Jun 04 2026 20:58:06 | Midland Mortgage Co, Attn: Customer Service/Bankruptcy, Po Box 26648, Oklahoma City, OK 73126-0648 |
| 520697955 | | Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com | Jun 04 2026 20:58:11 | Navient, Advantage, Federal Student Loan Aid Servicing,, PO Box 300001,, Greenville, TX 75403-3001 |
| 520746633 | + | Email/PDF: cbp@omf.com | Jun 04 2026 20:58:50 | OneMain Financial Group, LLC, PO Box 3251, Evansville, IN 47731-3251 |
| 520790517 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 04 2026 20:58:54 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 520697958 | ^ | MEBN | Jun 04 2026 20:46:13 | PSE&G & Co., PO Box 14444, New Brunswick, NJ 08906-4444 |
| 520783440 | | Email/Text: bnc-quantum@quantum3group.com | Jun 04 2026 20:49:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 520771557 | | Email/Text: bnc-quantum@quantum3group.com | Jun 04 2026 20:49:00 | Quantum3 Group LLC as agent for, Crown Asset Management LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 520785815 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 04 2026 20:58:19 | Resurgent Receivables, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520697959 | + | Email/Text: bankruptcynotices@sba.gov | Jun 04 2026 20:48:00 | SBA, US Business Administration, 2 Gateway Center, Suite 1002, Newark, NJ 07102-5006 |
| 520697964 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jun 04 2026 20:58:05 | Syncb/jcrew, Attn: Bankruptcy, Po Box 965064, Orlando, FL 32896-5064 |
| 520697965 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jun 04 2026 20:58:30 | Synchrony Bank, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 520774655 | ^ | MEBN | Jun 04 2026 20:47:07 | Toyota Lease Trust, c/o Toyota Motor Credit Corporation, P.O. Box 330, Williamsville, New York 14231-0330 |
| 520697969 | + | Email/Text: UpStart@ebn.phinsolutions.com | Jun 04 2026 20:49:00 | Upstart Finance, 2 Circle Star Way, San Carlos, CA 94070-6200 |
| 520697970 | + | Email/Text: UpStart@ebn.phinsolutions.com | Jun 04 2026 20:49:00 | Upstart Finance, Attn: Bankruptcy, Po Box 1503, San Carlos, CA 94070-7503 |
| 520703284 | + | Email/Text: peritus@ebn.phinsolutions.com | Jun 04 2026 20:49:00 | Upstart Network, Inc, c/o Peritus Portfolio Services II, LLC, P.O. Box 1149, GRAPEVINE TX 76099-1149 |
| 520697971 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Jun 04 2026 20:47:00 | Verizon Wireless Services, One Verizon Way, Basking Ridge, NJ 07920-1097 |

TOTAL: 46

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 520790219 | *+ | 103 Fabyan PL LLC, c/o Yoel Blum, 831 Bedford Avenue, Suite 87, Brooklyn, NY 11205-2801 |

District/off: 0312-2                          User: admin                                    Page 4 of 4

Date Rcvd: Jun 04, 2026                       Form ID: plncf13                         Total Noticed: 75

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 06, 2026                          Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 4, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Aiden Murphy | on behalf of Creditor 103 Fabyan PL LLC amurphy@scura.com ecfbkfilings@scuramealey.com;14799@notices.nextchapterbk.com;dstevens@scura.com;vmajano@scura.com;spereyra@scura.com;jromero@scura.com;pevangelista@scura.com;MOueslati@scura.com |
| David L. Stevens | on behalf of Creditor 103 Fabyan PL LLC dstevens@scura.com dstevens@scura.com;ecfbkfilings@scuramealey.com;pevangelista@scura.com;amurphy@scura.com;vmajano@scura.com;jromero@scura.com;spereyra@scura.com;ralrehaili@scura.com;moueslati@scura.com;dhock@scura.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Matthew K. Fissel | on behalf of Creditor MIDFIRST BANK bkgroup@kmllawgroup.com  matthew.fissel@brockandscott.com |
| Mercedes Diego | on behalf of Debtor Eileen Cruz md@njlawfirm.com  jwh@njlawfirm.com |
| Michael D. Malloy | on behalf of Creditor MIDFIRST BANK mmalloy@fmnjlaw.com |
| Ross J. Switkes | on behalf of Creditor LX Financial  LLC rswitkes@shermansilverstein.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 8