**Marie-Ann Greenberg, Esquire**
**Chapter 13 Standing Trustee**

Joseph D. Petrolino, Jr.
Staff Attorney

Brian M. Knapp
Staff Attorney

30 TWO BRIDGES ROAD
SUITE 330
FAIRFIELD, NJ 07004-1550

Phone 973-227-2840
Fax 973-227-3272

For Payments Only:

PO BOX 520
MEMPHIS, TN 38101-0520

June 11, 2026

**Re: Standing Trustee's Notice of Distribution**
**Case No: 25-16446**

On June 04, 2026 the above-referenced case was confirmed. Subsequently, all of the creditors and attorney fees, if any, were set up on our database so that we can commence distribution to the parties in the near future.

Attached is a case report for your review. IT IS YOUR RESPONSIBILITY to review this report and ensure that you are in agreement with the information contained on the report. We strongly suggest that you compare this report against the claims registry and docket. If you are not in agreement, you need to notify us in writing within five (5) days of the docketing of this information and/or file the appropriate motion with the court.

A copy of the Chapter 13 Standing Trustee's Policies regarding Proofs of Claim may be found on our website at http://www.magtrustee.com.

Marie-Ann Greenberg, Trustee
30 TWO BRIDGES ROAD
SUITE 330
FAIRFIELD, NJ 07004-1550

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF JUNE 11, 2026

**Chapter 13 Case # 25-16446**

Atty: MERCEDES DIEGO

Re: EILEEN CRUZ
301 RIVERVIEW ROAD
POMPTON LAKES, NJ 07442

**PLEASE SEE SUMMARY SECTION FOR ESTIMATED BALANCE TO COMPLETE.**

**NOTE: THIS IS A BASE PLAN IN THE AMOUNT OF $186,193.00**

## RECEIPTS (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 07/22/2025 | $1,287.00 | | 08/22/2025 | $1,287.00 | |
| 09/22/2025 | $1,287.00 | | 10/22/2025 | $1,287.00 | |
| 11/24/2025 | $1,682.00 | | 12/22/2025 | $1,682.00 | |
| 01/23/2026 | $1,682.00 | | 02/24/2026 | $1,682.00 | |
| 03/23/2026 | $1,682.00 | | 04/22/2026 | $3,385.00 | |
| 05/22/2026 | $3,385.00 | | | | |

**Total Receipts: $20,328.00 - Amount Refunded to Debtor: $0.00 = Receipts Applied to Plan: $20,328.00**

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 1,181.07 | |
| ATTY | ATTORNEY | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | 103 FABYAN PL LLC | UNSECURED | 135,775.00 | * | 0.00 | |
| 0002 | 7188322 LLC | (NEW) Prepetition A | 0.00 | 100.00% | 0.00 | |
| 0003 | ACURA FINANCIAL SERVICES | UNSECURED | 1,681.11 | * | 0.00 | |
| 0004 | AIDVANTAGE | UNSECURED | 0.00 | * | 0.00 | |
| 0005 | ANGELO COCUZZA | UNSECURED | 0.00 | * | 0.00 | |
| 0007 | BANK OF AMERICA | UNSECURED | 9,244.14 | * | 0.00 | |
| 0008 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 2,940.99 | * | 0.00 | |
| 0009 | CARLOS VARGAS | UNSECURED | 0.00 | * | 0.00 | |
| 0010 | LVNV FUNDING LLC | UNSECURED | 2,188.55 | * | 0.00 | |
| 0011 | QUANTUM3 GROUP LLC | UNSECURED | 2,006.07 | * | 0.00 | |
| 0012 | CAPITAL ONE NA SUCESSOR BY MERGEI | UNSECURED | 6,007.36 | * | 0.00 | |
| 0013 | CITIBANK NA | UNSECURED | 3,297.93 | * | 0.00 | |
| 0014 | ENT AND ALLERGY ASSOCIATES, LLP | UNSECURED | 0.00 | * | 0.00 | |
| 0015 | EINHORN, BARBARITO, FROST & BOTWI | UNSECURED | 0.00 | * | 0.00 | |
| 0016 | FREEDOMROAD FINANCIAL | VEHICLE SECURI | 2,139.60 | 100.00% | 0.00 | |
| 0017 | IMAGING SUBSPECIALISTS OF NORTH JE | UNSECURED | 0.00 | * | 0.00 | |

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| 0018 | INDEBTED USA, INC. | UNSECURED | 0.00 | * | 0.00 | |
| 0020 | JPMORGAN CHASE BANK NA | UNSECURED | 10,261.23 | * | 0.00 | |
| 0023 | RESURGENT CAPITAL SERVICES | UNSECURED | 22.29 | * | 0.00 | |
| 0024 | CITIBANK NA | UNSECURED | 602.79 | * | 0.00 | |
| 0027 | MIDLAND CREDIT MANAGEMENT INC | UNSECURED | 1,895.98 | * | 0.00 | |
| 0028 | MIDFIRST BANK | (NEW) Prepetition A | 0.00 | 100.00% | 0.00 | |
| 0030 | NATALIE DE LA CRUZ | UNSECURED | 0.00 | * | 0.00 | |
| 0032 | NEW DIRECTION IRA, INC. FBO | (NEW) Prepetition A | 0.00 | 100.00% | 0.00 | |
| 0033 | NORTH AMERICAN PARTNERS IN ANESTI | UNSECURED | 0.00 | * | 0.00 | |
| 0034 | PSE&G | UNSECURED | 10,711.10 | * | 0.00 | |
| 0035 | SBA | UNSECURED | 0.00 | * | 0.00 | |
| 0037 | ST. JOSEPH'S HEALTH | UNSECURED | 0.00 | * | 0.00 | |
| 0038 | ST. JOSEPH'S MEDICAL GROUP | UNSECURED | 0.00 | * | 0.00 | |
| 0039 | SURGICAL CENTER OF CEDAR KNOLLS | UNSECURED | 0.00 | * | 0.00 | |
| 0040 | JEFFERSON CAPITAL SYSTEMS LLC | UNSECURED | 723.79 | * | 0.00 | |
| 0041 | JEFFERSON CAPITAL SYSTEMS LLC | UNSECURED | 3,852.73 | * | 0.00 | |
| 0042 | TARUN MEHTA | (NEW) Prepetition A | 0.00 | 100.00% | 0.00 | |
| 0045 | UNIVERSITY SPINE CENTER WAYNE | UNSECURED | 0.00 | * | 0.00 | |
| 0046 | QUANTUM3 GROUP LLC | UNSECURED | 29,211.79 | * | 0.00 | |
| 0047 | UPSTART NETWORK INC. | UNSECURED | 8,619.49 | * | 0.00 | |
| 0050 | AIDVANTAGE | UNSECURED | 0.00 | * | 0.00 | |
| 0053 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 2,656.84 | * | 0.00 | |
| 0054 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 1,816.72 | * | 0.00 | |
| 0055 | QUANTUM3 GROUP LLC | UNSECURED | 1,518.63 | * | 0.00 | |
| 0056 | JPMORGAN CHASE BANK NA | UNSECURED | 1,450.45 | * | 0.00 | |
| 0057 | RESURGENT CAPITAL SERVICES | UNSECURED | 2,300.51 | * | 0.00 | |
| 0058 | JEFFERSON CAPITAL SYSTEMS LLC | UNSECURED | 1,525.57 | * | 0.00 | |
| 0059 | US DEPARTMENT OF HOUSING AND URB | UNSECURED | 22,042.65 | * | 0.00 | |
| 0060 | ONEMAIN | UNSECURED | 9,074.94 | * | 0.00 | |
| 0061 | HYUNDAI LEASE TITLING TRUST | VEHICLE SECURI | 0.00 | 100.00% | 0.00 | |
| 0062 | TOYOTA MOTOR CREDIT CORPORATION | VEHICLE SECURI | 0.00 | 100.00% | 0.00 | |
| 0063 | RESURGENT CAPITAL SERVICES | UNSECURED | 5.08 | * | 0.00 | |
| 0064 | RESURGENT CAPITAL SERVICES | UNSECURED | 18.26 | * | 0.00 | |
| 0065 | RESURGENT CAPITAL SERVICES | UNSECURED | 83.69 | * | 0.00 | |
| 0066 | RESURGENT CAPITAL SERVICES | UNSECURED | 6.91 | * | 0.00 | |
| 0067 | RESURGENT CAPITAL SERVICES | UNSECURED | 5.02 | * | 0.00 | |

**Total Paid: $1,181.07**
See Summary

## LIST OF PAYMENTS TO CLAIMS (Please Read Across)

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed , to and including: June 11, 2026.

Receipts: $20,328.00 - Paid to Claims: $0.00 - Admin Costs Paid: $1,181.07 = Funds on Hand: $19,146.93

Base Plan Amount: $186,193.00 - Receipts: $20,328.00 = Total Unpaid Balance: **$165,865.00

****NOTE**: THIS IS AN APPROXIMATE BALANCE. ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.