UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

COHN LIFLAND PEARLMAN
HERRMANN & KNOPF LLP
Attorneys for Debtor
Park 80 West-Plaza One
250 Pehle Avenue, Suite 401
Saddle Brook, New Jersey 07663
(201)845-9600
Our File: 41,845-0

In Re:

EILEEN CRUZ,

          Debtor.

Case No.:        25-16446(VFP)

Chapter:          13

Judge:        Vincent F. Papalia

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that __Cohn Lifland Pearlman Herrmann & Knopf LLP__, the applicant, is allowed a fee of $ __19,710__ for services rendered and expenses in the amount of $__1,796.27__ for a total of $ __21,506.27__ . The allowance is payable:

     ☒  through the Chapter 13 plan as an administrative priority.

     ☐  outside the plan.

The debtor's monthly plan is modified to require a payment of $_____ per month for _____ months to allow for payment of the above fee.

*rev.8/1/15*

2