UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

COHN LIFLAND PEARLMAN
 HERRMANN & KNOPF LLP
Attorneys for Debtor
Park 80 West-Plaza One
250 Pehle Avenue, Suite 401
Saddle Brook, New Jersey 07663
(201)845-9600
Our File: 41,845-0

In Re:

EILEEN CRUZ,

      Debtor.

| | |
|---|---|
| Case No.: | 25-16446(VFP) |
| Chapter: | 13 |
| Adv. No.: | |
| Hearing Date: | August 6, 2026 |
| Judge: | Vincent F. Papalia |

## CERTIFICATION OF SERVICE

1.  I, Barbara K. Blumberg :

    ☐ represent _____ in this matter.

    ☒ am the secretary/paralegal for Cohn Lifland Pearlman Herrmann & Knopf LLP, who represents

    debtor _____ in this matter.

    ☐ am the _____ in this case and am representing myself.

2.  On July 7, 2026 , I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.
    Chapter 13 Debtor's Attorney Fee Application Cover Sheet (filed 7/6/26);
    Certification of Mercedes Diego, Esq. in Support of Application for Compensation (filed 7/6/26);
    Notice of Hearing on Application for Compensation (filed 7/7/26)
    proposed Order Granting Supplemental Chapter 13 Fees (filed 7/7/26) and Certificate of Service (filed 7/7/26)

3.  I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date:  July 7, 2026            /s/Barbara K. Blumberg
                                     Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Marie-Ann Greenberg, Esq. 30 Two Bridges Road, Ste 330 Fairfield, NJ 07004-1550 | Chapter 13 Standing Trustee | ☐ Hand-delivered <br> ☐ Regular mail <br> ☐ Certified mail/RR <br> ☒ Other __via ECF__ <br> (As authorized by the Court or by rule. Cite the rule if applicable.) |
| Eileen Cruz 301 Riverview Road Pompton Lakes, NJ 07442 | Debtor | ☐ Hand-delivered <br> ☐ Regular mail <br> ☐ Certified mail/RR <br> ☒ Other __via email__ <br> (As authorized by the Court or by rule. Cite the rule if applicable.) |
| 103 Fabyan PL LLC Yoel Blum, Registered Agent 831 Bedford Ave, Suite 87 Brooklyn, NY 11205 | Creditor | ☐ Hand-delivered <br> ☒ Regular mail <br> ☐ Certified mail/RR <br> ☐ Other _____ <br> (As authorized by the Court or by rule. Cite the rule if applicable.) |
| Capital One NA Successor by Merger Discover Bank Po Box 3025 New Albany, OH 43054-3025 | Creditor | ☐ Hand-delivered <br> ☒ Regular mail <br> ☐ Certified mail/RR <br> ☐ Other _____ <br> (As authorized by the Court or by rule. Cite the rule if applicable.) |
| Freedom Road Financial Attn: Bankruptcy 10509 Professional Cir, Ste 100 Reno, NV 89521 | Creditor | ☐ Hand-delivered <br> ☒ Regular mail <br> ☐ Certified mail/RR <br> ☐ Other _____ <br> (As authorized by the Court or by rule. Cite the rule if applicable.) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
| --- | --- | --- |
| PSE&G & Co.<br>PO Box 14444<br>New Brunswick, NJ 08906 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Civil Process Clerk<br>Office of the U.S. Attorney<br>970 Broad Street – Suite 700<br>Newark, NJ 07102 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Secretary of Housing & Urban Development<br>451 Seventh Street SW<br>Washington, DC 20410 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| US Attorney General<br>950 Pennsylvania Ave NW<br>Washington, DC 20530 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Associate General Counsel<br>For Litigation<br>US Department Of HUD<br>451 Seventh Street SW<br>Washington, DC 20410 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| US Department of HUD<br>Attn:  Office of Regional General Counsel<br>26 Federal Plaza-Suite 3541<br>New York, NY 10278 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| U.S. Dept of Housing<br>ISN Corporation<br>2000 N. Classen Blvd., Suite 3200<br>Oklahoma City, OK 73106 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Upstart Network, Inc.<br>PO Box 1931<br>Burlingame, CA 94011 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| OneMain Financial Group LLC<br>P.O. Box 3251<br>Evansville, IN 47731-3251 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Hyundai Lease Titling Trust<br>P.O. Box 20825<br>Fountain Valley, CA 92728 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Advantage on behalf of Department of Education P.O. Box 300001 Greenville, TX 75403 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| LVNV Funding, LLC Resurgent Capital Services P.O. Box 10587 Greenville, SC 29603-0587 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| JP Morgan Chase Bank NA s/b/m/t Chase Bank USA, NA Robertson Anschutz Schneid Crane & Partners LLC 6409 Congress Ave-Suite 100 Boca Raton, FL 33487 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Citibank (Bloomingdales) 5800 S. Corporate Pl Sioux Falls, SD 57108-5027 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Citibank (Macy's) 5800 S. Corporate Pl Sioux Falls, SD 57108-5027 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Acura Financial Services<br>National Bankruptcy Center<br>P.O. Box 168088<br>Irving, TX 75016-8088 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Jefferson Capital Systems Inc.<br>(AEO, Amazon, J Crew)<br>P.O. Box 7999<br>Saint Cloud, MN 56032-9617 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Quantum 3 Group LLC<br>Agent for Crown Asset Management<br>P.O. Box 788<br>Kirkland, WA 98083-0788 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Toyota Lease Trust<br>c/o Toyota Motor Credit Corp<br>P.O. Box 330<br>Williamsville, NY 14231 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Midland Credit Management Inc.<br>(Floor & Decor)<br>P.O. Box 2037<br>Warren, MI 48090 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Bank of America, N.A.<br>P.O. Box 673033<br>Dallas, TX 75267-3033 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Portfolio Recovery Associates LLC (Capital One)<br>P.O. Box 41067<br>Norfolk, VA 23541 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Ashley Funding Services LLC (Labcorp)<br>Resurgent Capital Services<br>P.O. Box 10587<br>Greenville, SC 29603-0587 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Resurgent Receivables LLC (PC Richard)<br>Resurgent Capital Services<br>P.O. Box 10587<br>Greenville, SC 29603-0587 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Quantum 3 Group<br>Agent for Comenity Bank<br>P.O. Box 788<br>Kirkland, WA 98083-0788 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |