Form 137 – aplccmpn

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.:  25–16446–VFP
Chapter:  13
Judge:  Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Eileen Cruz
   301 Riverview Road
   Pompton Lakes, NJ 07442

Social Security No.:
   xxx–xx–4519

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Vincent F. Papalia on:

Date:        8/6/26
Time:           02:00 PM
Location:      Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ
07102

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not
required.

The following applications for compensation have been filed:

APPLICANT(S)
COHN LIFLAND PEARLMAN
HERRMANN & KNOPF LLP

COMMISSION OR FEES
$19710

EXPENSES
$1796.27

If this is a chapter 13 case, the fees and expenses awarded:

☐      will not reduce the amount to be paid to general unsecured
        creditors under the plan.

☑      will reduce the amount to be paid to general unsecured
        creditors under the plan as follows: from 61.5% repayment to 53.75% repayment

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date.
Objections must be filed with the Court and served on the applicant and other interested parties.

An appearance is not required on an application for compensation unless an objection is filed.

Dated: July 7, 2026
JAN: jf

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:

Eileen Cruz

     Debtor

Case No. 25-16446-VFP

Chapter 13

# CERTIFICATE OF NOTICE

| District/off: 0312-2 | User: admin | Page 1 of 4 |
|---|---|---|
| Date Rcvd: Jul 07, 2026 | Form ID: 137 | Total Noticed: 75 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 09, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Eileen Cruz, 301 Riverview Road, Pompton Lakes, NJ 07442-1426 |
| aty | + | Michael S. Ackerman, Law Office of Michael S. Ackerman, Waterview Plaza, 2001 Route 46 Suite 310, Parsippany, NJ 07054-1315 |
| cr | + | 103 Fabyan PL LLC, Yoel Blum, 831 Bedford Ave., Ste 87, Brooklyn, NY 11205-2801 |
| r | + | Michael Klein, Michael Klein, Liberty Realty LLC, Liberty Realty, LLC, One Marine View Plaza, Hoboken, NJ 07030-5725 |
| cr | + | Tarun Mehta, c/o Law Offices of Michael S. Ackerman,, 2001 Route 46 Suite 310, Waterview Plaza, Parsippany,, NJ 07054 US 07054-1315 |
| 520697925 | + | 103 Fabyan PL LLC, c/o Yoel Blum,, 831 Bedford Avenue,, Suite 87,, Brooklyn, NY 11205-2801 |
| 520697926 | + | 7188322 LLC, LX Financial LLC, 150 West 80th Street, Apt. 5D, New York, NY 10024-6312 |
| 520697930 | + | Angelo Cocuzza, c/o Steven M. Greenberg, Esq., 411 Pompton Ave., Cedar Grove, NJ 07009-1800 |
| 520697929 | + | Angelo Cocuzza, 2 Llewellyn Place, West Orange, NJ 07052-5402 |
| 520697933 | + | Carlos Vargas, 24 Pluto Lane, Modena, NY 12548-5145 |
| 520697939 | + | ENT and Allergy Associates, LLP, PO Box 5001, White Plains, NY 10602-5001 |
| 520697938 | + | Einhorn, Barbarito, Frost & Botwinick, Emily Z. Deyring, Esq., 165 E. Main St., PO Box 3010, Belvidere, NJ 07834-3010 |
| 520697941 | + | Imaging Subspecialists of North Jersey, PO Box 3607, Evansville, IN 47735-3607 |
| 520697943 | #+ | Jonathan Cruz, 140 Greenbrook Rd., Caldwell, NJ 07006-4731 |
| 520697945 | + | Juan Cruz, 478 Homestead Place,, Union, NJ 07083-7337 |
| 520697946 | + | Kia Financial, PO Box 660891, Dallas, TX 75266-0891 |
| 520697950 | + | MidFirst Midland Mortgage, PO Box 268959, Oklahoma City, OK 73126-8959 |
| 520697954 | + | Natalie De La Cruz, 295 Harding Avenue, Clifton, NJ 07011-3129 |
| 520697953 | + | Natalie De La Cruz, c/o Torres Legal LLC, 129 Prospect Street, Passaic, NJ 07055-4987 |
| 520697956 | + | New Direction IRA, Inc. FBO, 1070 West Century Drive, Suite 101, Louisville, CO 80027-1657 |
| 520697957 | + | North American Partners in Anesthesia, PO Box 200596, Dallas, TX 75320-0596 |
| 520697960 | + | Secretary of Housing and Urban Devel, 451 Seventh Street SW, Washington, DC 20410-0001 |
| 520697961 | + | St. Joseph's Health, PO Box 32025, New York, NY 10087-2025 |
| 520697962 | + | St. Joseph's Medical Group, PO Box 22773, New York, NY 10087-0001 |
| 520697963 | + | Surgical Center of Cedar Knolls, 197 Ridgedale Ave., Suite 100, Cedar Knolls, NJ 07927-2111 |
| 520697966 | + | Tarun Mehta, 2 Marianne Place, Parsippany, NJ 07054-2339 |
| 520697967 | + | Tenares Investment LLC, 140 West Greenbrook Rd., Caldwell, NJ 07006-4731 |
| 520699837 | + | U.S. Department of Housing and Urban Development, 26 Federal Plaza, Suite 3541, New York, NY 10278-0004 |
| 520697968 | + | University Spine Center Wayne, 504 Valley Road, Suite 203, Wayne, NJ 07470-3534 |

TOTAL: 29

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jul 07 2026 21:21:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jul 07 2026 21:21:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 520771041 | | Email/Text: ebnbankruptcy@ahm.honda.com | Jul 07 2026 21:21:00 | Acura Financial Services, National Bankruptcy Center, P.O. Box 168088, Irving, TX 75016-8088 |

District/off: 0312-2 | User: admin | Page 2 of 4
Date Rcvd: Jul 07, 2026 | Form ID: 137 | Total Noticed: 75

| 520697927 | | Email/Text: ebnbankruptcy@ahm.honda.com | | |
| | | | Jul 07 2026 21:21:00 | Acura Financial Services, PO Box 7829, Philadelphia, PA 19101 |
| 520697928 | + | Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com | | |
| | | | Jul 07 2026 21:28:55 | Aidvantage, Attn: Bankruptcy, Po Box 300001, Greenville, TX 75403-3001 |
| 520809961 | + | Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com | | |
| | | | Jul 07 2026 21:29:02 | Aidvantage on behalf of, Dept of Education, PO Box 300001, Greenville Tx 75403-3001 |
| 520781941 | | Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | | Jul 07 2026 21:28:49 | Ashley Funding Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520697931 | | Email/Text: BAC_CreditCard_BNC_Emails@g2risksolutions.com | | |
| | | | Jul 07 2026 21:19:00 | Bank of America, Attn: Bankruptcy,, PO Box 672050,, Dallas, TX 75267-2050 |
| 520776439 | | Email/Text: BAC_CreditCard_BNC_Emails@g2risksolutions.com | | |
| | | | Jul 07 2026 21:19:00 | Bank of America, N.A., PO Box 673033, Dallas, TX 75267-3033 |
| 520697932 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | | |
| | | | Jul 07 2026 21:28:47 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 520706878 | | Email/Text: mrdiscen@discover.com | | |
| | | | Jul 07 2026 21:20:00 | Capital One, N.A., successor by merger to Discover, PO Box 3025, New Albany, OH 43054-3025 |
| 520770457 | | Email/PDF: Citi.BNC.Correspondence@citi.com | | |
| | | | Jul 07 2026 21:29:04 | Citibank N.A., Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 520697934 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | | |
| | | | Jul 07 2026 21:29:04 | Citibank/The Home Depot, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, St Louis, MO 63179-0040 |
| 520697935 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | | |
| | | | Jul 07 2026 21:20:00 | Comenity Bank, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 520697937 | | Email/PDF: Citi.BNC.Correspondence@citi.com | | |
| | | | Jul 07 2026 21:28:50 | Dsnb Bloomingdales, Attn: Bankruptcy, Po Box 8053, Mason, OH 45040 |
| 520697948 | | Email/PDF: Citi.BNC.Correspondence@citi.com | | |
| | | | Jul 07 2026 21:28:58 | Macy's/ DSNB, Atytn: Bankruptcy, 701 E. 60th Street North, Sioux Falls, SD 57104 |
| 520697936 | + | Email/Text: mrdiscen@discover.com | | |
| | | | Jul 07 2026 21:20:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 520697940 | + | Email/Text: bkservices@frf1.com | | |
| | | | Jul 07 2026 21:21:00 | Freedom Road Financial, Attn: Bankruptcy, 10509 Professional Circle, Suite 100, Reno, NV 89521-4883 |
| 520753840 | + | Email/Text: bkservices@frf1.com | | |
| | | | Jul 07 2026 21:21:00 | FreedomRoad Financial, 10509 Professional Circle Ste 100, Reno, NV 89521-4883 |
| 520752090 | + | Email/Text: Hcabankruptcy-courtnotices@hcamerica.com | | |
| | | | Jul 07 2026 21:21:00 | Hyundai Lease Titling Trust, P.O. Box 20825, Fountain Valley, CA 92728-0825 |
| 520697942 | + | Email/Text: clientsupport-us-stl@indebted.co | | |
| | | | Jul 07 2026 21:20:00 | InDebted USA, Inc., PO Box 1201, Farmington, MO 63640-4128 |
| 520771116 | | Email/Text: JCAP_BNC_Notices@jcap.com | | |
| | | | Jul 07 2026 21:21:00 | Jefferson Capital Systems, LLC, PO BOX 7999, SAINT CLOUD, MN 56302-9617 |
| 520761345 | + | Email/Text: RASEBN@raslg.com | | |
| | | | Jul 07 2026 21:20:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., Robertson, Anschutz, Schneid,, Crane & Partners, PLLC, 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 520697944 | + | Email/PDF: ais.chase.ebn@aisinfo.com | | |
| | | | Jul 07 2026 21:28:55 | Jpmcb, MailCode LA4-7100, 700 Kansas Lane, Monroe, LA 71203-4774 |
| 520697947 | | Email/Text: govtaudits@labcorp.com | | |
| | | | Jul 07 2026 21:20:00 | Labcorp, PO Box 2240, Burlington, NC 27216 |
| 520789322 | | Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | | Jul 07 2026 21:28:49 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520697949 | ^ | MEBN | | |
| | | | Jul 07 2026 21:22:05 | Mazda Financial Svc., PO Box 74689, Chicago, IL |

|  |  |  |
|---|---|---|
|  |  | 60675-4689 |
| 520779822 | + Email/PDF: ais.midfirst.ebn@aisinfo.com | |
|  | Jul 07 2026 21:29:01 | MidFirst Bank, 999 NorthWest Grand Boulevard, Oklahoma City, OK 73118-6051 |
| 520697951 | + Email/Text: bankruptcydpt@mcmcg.com | |
|  | Jul 07 2026 21:21:00 | Midland Credit Management, Comenity Capital Bank/Floor & Decor, 350 Carmino De La Reina, Suite 100, San Diego, CA 92108-3007 |
| 520776303 | + Email/Text: bankruptcydpt@mcmcg.com | |
|  | Jul 07 2026 21:21:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 520697952 | + Email/PDF: ais.midfirst.ebn@aisinfo.com | |
|  | Jul 07 2026 21:28:55 | Midland Mortgage Co, Attn: Customer Service/Bankruptcy, Po Box 26648, Oklahoma City, OK 73126-0648 |
| 520697955 | Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com | |
|  | Jul 07 2026 21:28:56 | Navient, Advantage, Federal Student Loan Aid Servicing,, PO Box 300001,, Greenville, TX 75403-3001 |
| 520746633 | + Email/PDF: cbp@omf.com | |
|  | Jul 07 2026 21:28:46 | OneMain Financial Group, LLC, PO Box 3251, Evansville, IN 47731-3251 |
| 520790517 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | |
|  | Jul 07 2026 21:29:03 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 520697958 | ^ MEBN | |
|  | Jul 07 2026 21:19:50 | PSE&G & Co., PO Box 14444, New Brunswick, NJ 08906-4444 |
| 520783440 | Email/Text: bnc-quantum@quantum3group.com | |
|  | Jul 07 2026 21:20:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 520771557 | Email/Text: bnc-quantum@quantum3group.com | |
|  | Jul 07 2026 21:20:00 | Quantum3 Group LLC as agent for, Crown Asset Management LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 520785815 | Email/PDF: resurgentbknotifications@resurgent.com | |
|  | Jul 07 2026 21:28:56 | Resurgent Receivables, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520697959 | + Email/Text: bankruptcynotices@sba.gov | |
|  | Jul 07 2026 21:20:00 | SBA, US Business Administration, 2 Gateway Center, Suite 1002, Newark, NJ 07102-5006 |
| 520697964 | + Email/PDF: ais.sync.ebn@aisinfo.com | |
|  | Jul 07 2026 21:28:46 | Syncb/jcrew, Attn: Bankruptcy, Po Box 965064, Orlando, FL 32896-5064 |
| 520697965 | + Email/PDF: ais.sync.ebn@aisinfo.com | |
|  | Jul 07 2026 21:28:53 | Synchrony Bank, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 520774655 | ^ MEBN | |
|  | Jul 07 2026 21:20:34 | Toyota Lease Trust, c/o Toyota Motor Credit Corporation, P.O. Box 330, Williamsville, New York 14231-0330 |
| 520697969 | + Email/Text: UpStart@ebn.phinsolutions.com | |
|  | Jul 07 2026 21:20:00 | Upstart Finance, 2 Circle Star Way, San Carlos, CA 94070-6200 |
| 520697970 | + Email/Text: UpStart@ebn.phinsolutions.com | |
|  | Jul 07 2026 21:20:00 | Upstart Finance, Attn: Bankruptcy, Po Box 1503, San Carlos, CA 94070-7503 |
| 520703284 | + Email/Text: peritus@ebn.phinsolutions.com | |
|  | Jul 07 2026 21:21:00 | Upstart Network, Inc, c/o Peritus Portfolio Services II, LLC, P.O. Box 1149, GRAPEVINE TX 76099-1149 |
| 520697971 | + Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | |
|  | Jul 07 2026 21:19:00 | Verizon Wireless Services, One Verizon Way, Basking Ridge, NJ 07920-1097 |

TOTAL: 46

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 520790219 | *+ | 103 Fabyan PL LLC, c/o Yoel Blum, 831 Bedford Avenue, Suite 87, Brooklyn, NY 11205-2801 |

District/off: 0312-2    User: admin    Page 4 of 4

Date Rcvd: Jul 07, 2026    Form ID: 137    Total Noticed: 75

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 09, 2026    Signature:    /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 7, 2026 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Aiden Murphy | on behalf of Creditor 103 Fabyan PL LLC amurphy@scura.com ecfbkfilings@scuramealey.com;14799@notices.nextchapterbk.com;dstevens@scura.com;vmajano@scura.com;spereyra@scura.com;jromero@scura.com;pevangelista@scura.com;MOueslati@scura.com |
| David L. Stevens | on behalf of Creditor 103 Fabyan PL LLC dstevens@scura.com dstevens@scura.com;ecfbkfilings@scuramealey.com;pevangelista@scura.com;amurphy@scura.com;vmajano@scura.com;jromero@scura.com;spereyra@scura.com;ralrehaili@scura.com;moueslati@scura.com;dhock@scura.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Matthew K. Fissel | on behalf of Creditor MIDFIRST BANK bkgroup@kmllawgroup.com  matthew.fissel@brockandscott.com |
| Mercedes Diego | on behalf of Debtor Eileen Cruz md@njlawfirm.com  jwh@njlawfirm.com |
| Michael D. Malloy | on behalf of Creditor MIDFIRST BANK mmalloy@fmnjlaw.com |
| Ross J. Switkes | on behalf of Creditor LX Financial  LLC rswitkes@shermansilverstein.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 8