UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

COHN LIFLAND PEARLMAN
HERRMANN & KNOPF LLP
Attorneys for Debtor
Park 80 West-Plaza One
250 Pehle Avenue, Suite 401
Saddle Brook, New Jersey 07663
(201)845-9600
Our File: 41,845-0

**Order Filed on August 13, 2026**
**by Clerk**
**U.S. Bankruptcy Court**
**District of New Jersey**

In Re:

EILEEN CRUZ,

Debtor.

Case No.: 25-16446(VFP)

Chapter: 13

Judge: Vincent F. Papalia

**ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES**

The relief set forth on the following page is **ORDERED**.

**DATED: August 13, 2026**

Honorable Vincent F. Papalia
United States Bankruptcy Judge

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that Cohn Lifland Pearlman Herrmann & Knopf LLP, the applicant, is allowed a fee of $ 19,710 for services rendered and expenses in the amount of $ 1,796.27 for a total of $ 21,506.27 . The allowance is payable:

☒ through the Chapter 13 plan as an administrative priority.

☐ outside the plan.

The debtor's monthly plan is modified to require a payment of $______________ per month for ____________ months to allow for payment of the above fee.

*rev.8/1/15*