UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

COHN LIFLAND PEARLMAN
HERRMANN & KNOPF LLP
Attorneys for Debtor
Park 80 West-Plaza One
250 Pehle Avenue, Suite 401
Saddle Brook, New Jersey 07663
(201)845-9600
Our File: 41,845-0

**Order Filed on August 13, 2026
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

EILEEN CRUZ,

Debtor.

Case No.: 25-16446(VFP)

Chapter: 13

Judge: Vincent F. Papalia

**ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES**

The relief set forth on the following page is **ORDERED**.

**DATED: August 13, 2026**

Honorable Vincent F. Papalia
United States Bankruptcy Judge

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that Cohn Lifland Pearlman Herrmann & Knopf LLP, the applicant, is allowed a fee of $ 19,710 for services rendered and expenses in the amount of $ 1,796.27 for a total of $ 21,506.27 . The allowance is payable:

☒ through the Chapter 13 plan as an administrative priority.

☐ outside the plan.

The debtor's monthly plan is modified to require a payment of $______________ per month for ____________ months to allow for payment of the above fee.

*rev.8/1/15*

United States Bankruptcy Court

District of New Jersey

In re: Case No. 25-16446-VFP
Eileen Cruz Chapter 13
Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2 User: admin Page 1 of 2
Date Rcvd: Aug 14, 2026 Form ID: pdf903 Total Noticed: 1

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 16, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Eileen Cruz, 301 Riverview Road, Pompton Lakes, NJ 07442-1426 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 16, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 14, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Aiden Murphy | on behalf of Creditor 103 Fabyan PL LLC amurphy@scura.com ecfbkfilings@scuramealey.com;14799@notices.nextchapterbk.com;vmajano@scura.com;spereyra@scura.com;jromero@scura.com;pevangelista@scura.com;MOueslati@scura.com;CCampillo@scura.com |
| David L. Stevens | on behalf of Creditor 103 Fabyan PL LLC dstevens@clearpath.law 4451388420@filings.docketbird.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Matthew K. Fissel | on behalf of Creditor MIDFIRST BANK bkgroup@kmllawgroup.com matthew.fissel@brockandscott.com |
| Mercedes Diego | on behalf of Debtor Eileen Cruz md@njlawfirm.com jwh@njlawfirm.com |

| | |
|---|---|
| Michael D. Malloy | on behalf of Creditor MIDFIRST BANK mmalloy@fmnjlaw.com |
| Ross J. Switkes | on behalf of Creditor LX Financial LLC rswitkes@shermansilverstein.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 8